page 1A.

Case No. 04-941-SLR
(Case No. 04-1205-SLR, file 9-8-04.)
Date 5-12-05

To: Honorable Judge Sue Robinson;

And united States District Court, Clerk
Peter T. Dalleo
Office of the Clerk
United States District Court
District of Delaware
Lock Box 18
844 King Street Judge Thomas L. Ambro
Federal Building
Wilmington Delaware 19801-3570

FILED
MAY 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In The matter of: Motion for Trial amendment petition To Include:

Case No. 04-1205-SLR,

furthermore Copy's Have been Sent to The following along with Certificate of Service:

M. Jane Brady
State of Delaware
attorney General of
Delaware
820 N. french Street
Wilmington Delaware

(attorney) for Defendants
MR. Ralph K. Durstein III
Department of Justice 6th Fld
820 N. french Street
Wilmington Delaware
19801
(Major R. L. Hughes;
Lt. Col. Thomas F. MacLeish;
Col. L. aaron chaffinch)

page 2B.

In the united States District Court District of Delaware,

In The matter of Case No. 04-941-SLR; & Case No. 04-1205-SLR.

To: Honorable Judge Sue Robinson: and

United States District Court District of Delaware ( Clerk of the Court (peter T. Dalleo)

Sincerly, I await your responds.

MR. Jeffery Simms #198625

[signature]

unit V-Building A-tier
Delaware Correctional Center
1181 paddock Road
Smyrna, Delaware
19977

Home phone (401-754-7062)



I/M MR. Jeffery Alonzo Simms
S.B.I.# 198625 Unit V-Building A-Tier
Delaware Correctional Center Cell #12
1181 Paddock Road
Smyrna, Delaware
19977

WILMINGTON DE 198
1 MAY 2005

U.S.M.S. X-RAY

United States District Court
District of Delaware
Lock Box 18
844 King Street
Judge Thomas L. Ambro
Federal Building
Wilmington Delaware 19801-3570

19801/3518