ORIGINAL

UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JEFFERY ALONZO SIMMS  198625 | CASE NO: 04-941-SLR, |
| DELAWARE  CORRECTIONAL  CENTER | CASE NO: 04-1205-SLR. |
| 1181  PADDOCK  ROAD | |
| BY SMYRNA  DELAWARE  19977 | ( DATE 6-7-2005) |
| | PLEASE FILE |
| PLAINTIFF | |
| | CIVIL  CASE |
| V. | LOCAL  RULES |
| | PURSUANT TO DEL. CODE ANN. |
| DEFENDANTS: | FEDERAL 4,5,6,7,8, |
| MAJOR R.L. HUGHES, LT.COL THOMAS F. MACLEISH, | SEC . ?, 7b  8cn 4d |
| COL. LAAARON CHAFFINCH | |
| MR. RALPH K. DURSTEIN III | TO: THE HONORABLE JUDGE |
| DEPARTMENT OF JUSTICE | SUE  ROBINSON AND CLERK OF |
| 820 n. FRENCH STREET 6th FLD | THE UNITED STATES COURT |
| WILMINGTON, DELAWARE  19801 | MR. PETER T. DALLEO. |
| | SINCERLEY |

DEFENDANTS

| | | |
|---|---|---|
| MAJOR R.L. HUGHES: | DOCTOR DONNA BURNS | |
| DELAWARE STATE | SUSSEX CORRECTIONAL INST. |  FILED JUN 1 3 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE |
| POLICE 1441 n. | P.O. BOX 500 | |
| DUPONT HWY | GEORGETOWN DELAWARE | |
| DOVER DELAWARE | 19947 | |
| 19901 | ORTHOPEDIC - SURGERY PHD DR. HARRY M FREEMAN 808 MIDDLEFORD ROAD  SEAFORD  DELAWARE  19973 | |

MOTION TO APPEAR AND     AMEND PETITION- FOR  COURT TRIAL AND APPEARANCE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.a  MAY IT PLEASE THE COURT THE PLIANTIFF MR. JEFFERY ALONZO, APRO SE, IN THE
     ABOVE CAPTION CASE AND, ANDR RESPECTFULLY REQUEST THAT  CASE 04-1205-slr be
                                   HOME PHN PHONE 410-754-7760 -410-943-0753
ADDED IN THE CAPTION CASE 04-941-slr
                                   CERTIFICATE OF SERVICE SENT
2.b PLEASE BE ADVISED THE PRO  SE, IN THE ABOVE CASE THE MR. JEFFERY ALONZO SIMMS

*Jeffery alonzo Simms*

IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE NO: 04-941-slr;

CASE NO. 04-1205-SLR:

(DATE 6-7-2005)0

CERTIFICATE OF SERVICE

I HEREBY THE MR. JEFFERY ALONZO SIMMS HAS CONTACT THE CLERK OF THE UNITED STATES COURT DISTRICT OF DELAWARE MR. PETER T. DALLEO CLERK OF COURT THREW THE COMMUNICATION AND THE UNITED STATE POSTAL SERVICE AND HAS FILED ON 6-7-2005 AND SENT COPYS TO THE ADDRESS CONTAIN HEREOF:

ON THE ABOUT DATE UNDER FEDERAL LAW AND GUIDE LINES

MOTION FOR TRIAL AND AMEND PETITION FOR CASE CASE NO. 04-1205-SLR

ATTORNEY AT LAW
MR. RALPH K. DURSTEIN III
DEPARTMENT OF JUSTICE
820 n. french street 6th floor
WILMINGTON, DELAWARE 19801

ATTORNEY GENERAL
M JANE BRADY
OFFICE OF THE ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
CARVEL STATE OF BUILDING
820 n. french street
WILMINGTON DELAWARE 19801

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE PLIANTIFF & PRO SE,

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL INST, CENTER
1181 PADDOCK ROAD
SYMRAN SMYRNA DELAWARE 19977

Legal Mail →

I/M Jeffery A Simms
SBI# 198625 UNIT V-Building A-12-T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Clerk Peter T. Dalleo
Mr.
United States District Court
844 N. King Street Lock Box 18
Honorable Judge Thomas L. ambro
Federal Building Wilmington Delaware
19801-3570