Case No. 04-941-SLR
Case No. 04-1205-SLR

In The United States District Court
844 N. King Street Lock Box 18
Judge Thomas L. Amber Federal Building
Wilmington Delaware 19801-3570

To: Judge Sue Robinson and,
Mr. Peter T. Dalleo Clerk of Court          Date 6-6-2005

In the matter of Trial Date
Set and Case No. 04-1205-SLR
amend to Case No. 04-941-SLR

Date, furthermore, please be advised
effectively as of the above
please set a Hearing
as soon as possible
In the above Caption case:
I await your response,

Sincerly

FILED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Mr. Jeffery Alonzo Simms #198625
V Building, A-12T
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

FILED
JUN 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

DISTRICT OF DELAWARE
U.S. DISTRICT COURT
JUN 3 - 2005
FILED

please be advised
I'm sending a copy
of my request for legal
Service at the
Library here a the
Correctional Center at
Smyrna Del 19977

please Send this
Legal Ducument ~~back~~ Back
thank you
Sincerly
MR. Jeffery alonzo Simms
192625

Certificate Service and motion
have been Send to: Ralph K.
Durstein III Department of Justic
820 N. french Street 6th floor
Wilmington Del 19801 and Defendants
on Case NO: 04-94/SLR
and Case NO: 04-1205 SLR

MR. Jeffy alonzo Simms #198625
V-Building A-12-T
Delaware Correctional Center
1181 paddock Road
Smyrna, Delaware 19977

office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570