IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR. JEFFREY ALONZO SIMMS #198625  
DELAWARE CORRECTIONAL CENTER  
1181 PADDOCK ROAD  
SMYRNA, DELAWARE 19977  
( PLAINTIFF )  
V.

(DEFENDANTS)

MAJOR R.L. HUGHES, LT.COL. THOMAS F. MACLEISH,  
COL. L. AARON CHAFFINCH

ATTORNEY MR. RALPH K. DURSTEIN III  
DEPARTMENT OF JUSTICE  
820 N. FRENCH STREET 6 th fld  
WILMINGTON, DELAWARE 19801  
( DEFENDANTS)

ORTHOPEDIC SURGEON M.D. PH.D. DR. HARRY M. FREEMAN  
808 MIDDLEFORD ROAD SEAFORD DELAWARE 19973  
PH:D. DONNA BURNS WORK PLACE,  
P.O. BOX 500 SE SUSSEX CORRECTIONAL INST.  
GEORGETOWN, DELAWARE 19947

DELAWARE STATE POLICE, MAJOR R.L. HUGHES

\* CIVIL CASE NO. 04-941-SLR:  
\* CIVIL CASE NO. 04-1205-SLR  
\* PLEASE PROCESS AND FILE  
\* ( DATE 22-2005 of JUNE)



FILED  
JUN 27 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

MOTION

MOTION TO SERVE SUBPOENA ON DEFENDANTS AND RELEASE DOCUMENTS IN BOTH CIVIL CASE NO. 04-941-SLR AND 04-1205-SLR AND FOR TRIAL DATE TO BE SET

1.a HERE ATTACHED A CERTIFICATE OF SERVICE " AND

2B. PLEASE BE ADVISED, PLEASE PROCESS.

JEFFERY ALONZO SIMMS #198625

3.c TO: Honorable Judge Richard Stokes   DATE 6-22-2005

IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE
*********************************************************************

CIVIL CASE NO. 04-941-SLR
AND NO. 04-1205-SLR

CERTIFICATE OF SERVICE

I, JEFFREY ALONZO SIMMS #198625 HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPIES, OF THE FOREGOING PETITION THREW THE, UNITED STATES POSTAL SERVICES ON THE ABOUT DATE AND TIME AND HAVE CONTACTED THE CLERK OF THE COURT ON THE JUNE 22-2005 THREW COMMUNICATION OF THE SAME DOCUMENT HERETO THE PETITIONER SENT COPIES TO THE FOLLOWING ADDRESSES;

TO: MR. RALP K. DURSTEIN III
    DEPARTMENT OF JUSTICE
    820 n. FRENCH STREET
    WILMINGTON, DELAWARE 19801

TO: HONORABLE JUDGE SUE ROBINSON
    AND UNITED STATES DISTRICT COURT
    CLERK MR. PETER T. DALLEO CLERK OF COURT
    844 N. KING STREET LOCK BOX 18
    WILMINGTON, DELAWARE 19801-3570

TO: HONORABLE JUDGE RICHARD F. STOKES
    SUSSEX COUNTY COURT HOUSE
    THE CIRCLE SUITE 2
    GEORGETOWN, DELAWARE 19947

TO: PROTHONOTARY OFFICE
    1 THE CIRCLE ST 2
    GEORGETOWN DELAWARE 19947

TO: DEPUTY ATTORNEY GENERAL
    ( MS. MELANIE WITHERS )
    DEPARTMENT OF JUSTICE 114 E.
    MARKET STREET
    GEORGETOWN, DELAWARE 19947

June 22, 2005

ON THIS DAY JUNE 22-2005
/s/ Jeffery Alonzo Simms
MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD SMYRNA DELAWARE 19977
( D_ BUILDING) (EAST BLD 3)



I/M Jeffrey Alonzo Simms
SBI# 198625 UNIT Building BT east
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
The United States District Court
District of Delaware
844 N. King Street Lock Box 18
Wilmington, Delaware 19801-3570