IN THE SUPERIOR COURT OF SUSSEX COUNTY    DELAWARE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MR.JEFFREY ALONZO SIMMS #198625

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA  DELAWARE 19977

     (PETITIONER)

       V.

STATE    OF DELAWARE

DEPUTY ATTORNEY GENERAL

MS.MELANIE WITHERS

DEPARTMENT OF JUSTICE

114 E. MARKET STREET

GEORGETOWN,DELAWARE 19947

PROTHONOTARYS OFFICE

1 THE CIRCLE #ST 2

GEORGETOWN ,DELAWARE 19947-1502

JUDGES CHAMBER THE HONORABLE JUDGE RICHARD F. STOKES

SUSSEX COUNTY COURT HOUSE 1 THE CIRCLE SUITE 2

GEORGETOWN, DELAWARE 19947



    \* CASE NO.0207014771
    \* DATE JUNE 22-2005
    \* PLEASE FILE

F I L E D

JUN 2 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

PETITION FOR SPECIAL APPEARANCE AND EXONERATE OF SENTENCE FOR THE

ABOVE CAPTION  CASE NO. 0207014771 DATED JUNE 22-2005

FURTHERMORE MEDICAL CONDITION AND PHYSICAL DISABILITY THAT MAY BE OF

SUBSTANCE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EXHIBIT 1,2,3,4,5, a,b,c,d,e,

1, TO THE CLERK OF THE SUPERIOR COURT SUSSEX COUNTY DELAWARE AND THE PRESIDING

    JUDGE THE HONORABLE JUDGE RICHARD F. STOKES OF THE SUPERIOR COURT OF

    SUSSEX COUNTY DELAWARE,

2, FACT ON THE UNITED STATES MARSHAL INVESTIGATION (ORDERED BY THE HONORABLE

    JUDGE SUE L. ROBINSON INTO THE FACT FINDING IMPROPRIETY OF THE ARRESTING

    OFFICER OF THE DELAWARE STATE POLICE DEPARTMENT UNDER AND WITH THE

  COMMANDER(MAJOR R.L. HUGHES, LT.THOMAS F. MACLEISH, AND COL. L. AARON CHAFFINCH

OF THE DELAWARE  STATE  POLICE DEPARTMENT(TROOP 4 ,330 SOUTH DUPONT HIGHWAY

  GEORGETOWN, DELAWARE 19947  AND COMBINE WITH R.L. HUGHES  STATE POLICE  OF

  DELAWARE 1441 N.  DUPONT HIGHWAY DOVER,DELAWARE 19901 THAT LED  THEM

    TO INFLICT SEVERE PHYSICAL  INJURY ON THE PETITIONER  ON  JULY 21,22-2002

IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HONORABLE JUDGE RICHARD F. STOKES;                    CASE NO:0207014771(DATE6-22-05)

PLEASE FILE

EXHIBIT 3, MR.JEFFREY ALONZO SIMMS #198625, DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA, DELAWARE 19977 (IN THE MATTER OF GREEN Y TREE PROGRAM AND MEDICAL CONDITION AND PHYSICAL DISABILITY)

EXHIBIT 4, I HEREBY CONSENT AND AUTHORIZE THE HONORABLE JUDGE RICHARD F. STOKES
OF THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE TO REVIEW ALL RECORDS
AND DOCUMENTS THAT ARE RETAIN(IN THE UNITED STATES DISTRICT COURT
844 N. KING STREET LOCK BOX 18 WILMINGTON,DELAWARE 19801-3570
FOREGOING IS TRUE THAT A CIVIL CASE IS IN EFFECTIVELY ,I HERE
DEMAND THAT THE INVESTIGATION REPORT BE RELEASE BY THE HONORABLE
SUE L. ROBINSON AND THE UNITED STATES DISTRICT CLERK PETER T. DALLEO

EXHIBIT 5,TO THE WARDEN OF DELAWARE CORRECTIONAL S CENTER WARDEN CARROLLAND
AND THE GREEN TREE PROGRAM COUNSELOR MS. HE HICKEY AND COUNSELOR SPENCE
AT DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA,DELAWARE19977

PLEASE BE ADVISED, APPARENTLY THERE IS A MISS MISCONCEPTION OF
DOCUMENTATION( HERE YOU WILL FIND THE STATEMENT OF DU DOCUMENT
ON JUNE 20-2005 10;30 am ORTHOPEDIC SURGEON MR. HARRY M. FREEMAN WERE
CONTACTED AT OFFICE 302-629-5501 ,808 MIDDLEFORD ROAD SEAFORD DELAWARE 19973
II HIS STATEMENT OF RESPONDS IN THE ABOVE MATTER TITLE READS AS FOLLOWS
THE PRESCRIPTION RECOMMENDED THE PETITIONER SHALL CONTINUE 800 mg MOTRIN
AND SPECIAL DEC DEVICES ,CRUTCH KNEE BRACE AND CHAIR FOR HELP RELEIF OF PAIN
UNTIL SURGERY CAN BE PERMITTED) CIVIL CASE NO:04-941-slr-04-1205-slr
DATED 9-8-04 MAY IT PLEASE THE COURT THAT I HEREBY CERTIFY THAT THE
FOREGOING DU DOCUMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE

-- _(signature)_

MR.JEFFERY ALONZO SIMMS #198625 V BUILDING GREEN TREE PROGRAM
DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

COPYS WERE SENT TO ADRESS CONTAIN IN THE PETITIONER DOCUMENTS

SINCERLEY,

IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

I, JEFFREY ALONZO SIMMS #198625 HEREBY CERTIFY THAT I HAVE SERVED A TRUE
    AND CORRECT COPIES, OF THE FOREGOING PETITION THREW THE ,
    UNITED STATES POSTAL SERVICES ON THE ABOUT DATE AND TIME AND HAVE CONTACTED
    THE CLERK OF THE COURT ON JUNE 22-2005 THREW COMMUNICATION OF THE SAME
    DOCUMENT HERETO THE PETITIONER SENT COPIES TO THE FOLLOWING ADRESSES;

TO: PROTHONOTARY OFFICE
    1 THE CIRCLE # st 2
GEORGETOWN DELAWARE 19947

TO: DEPUTY ATTORNEY MS.MELANIE WITHERS
    DEPARTMENT OF JUSTICE 114 e.
    MARKET STREET
    GEORGETOWN ,DELAWARE 19947

TO HONORABLE JUDGE RICHARD F. STOKES
    SUSSEX COUNTY COURT HOUSE
    1 THE CIRCLE SUITE 2
GEORGETOWN,DELAWARE 19947

TO: THE UNITED STATES DISTRICT COURT
    DISTRICT OF DELAWARE
    844 n. KING STREET LOCK BOX18
    WILMINGTON,DELAWARE 19801-3570

ON THIS DAY OF June 22 _____ , 2005

JEFFERY ALONZO SIMMS #198625

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD SMYRNA , DELAWARE 19977

( GREEN TREE PROGRAM V_BUILDING 12t