DATE: June 27, 2005

Attached are copies of your inmate account statement for the months of
December 1, 2004 to May 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |

Average daily balances/6 months: _____

Attachments
CC: File

Stacy Shane 6/27/05

Brian Bryan, Notary

FILED
JUL - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE