civil case 04-941-SLR
04-1205-SLR

7-6-2005

plaintiff a PRO, se   MR. Jeffery alonzo Simms

To: Honorable Judge Sue L. Robinson please be advise
and US clerk Peter T. Dalleo

I'm Ready for trial

In the United States District court of Del.
your responds
is needed in
the above caption
case, No.

I awaited your contact

MR. Jeffery alonzo Simms

Delaware correctional center

1181 paddock Road

Smyrna Delaware

19977

copies sent to: the Department of
Justice   lawyer



IMS Jeffrey A. Simms
SBI# 198625  UNIT D-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court District of Delaware
Lock Box 18  844 N. King Street
Judge Thomas L. Ambro Federal Building
Wilmington, Delaware 19801-3570