IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

    (PETITIONER)

       V.

STATE OF DELAWARE
DEPUTY ATTORNEY GENERAL
MS. MELANIE WITHERS
DEPARTMENT OF JUSTICE
114 E. MARKET STREET
GEORGETOWN, DELAWARE 19947

PROTHONOTARYS OFFICE
1 THE CIRCLE #ST 2
GEORGETOWN, DELAWARE 19947-1502

JUDGES CHAMBER THE HONORABLE JUDGE RICHARD F. STOKES
SUSSEX COUNTY COURT HOUSE 1 THE CIRCLE SUITE 2
GEORGETOWN, DELAWARE 19947

\* CASE NO. 0207014771
\* DATE JUNE 22-2005
\* PLEASE FILE

04-941 (SLR)
04-1205 (SLR)



FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION FOR SPECIAL APPEARANCE AND EXONERATE OF SENTENCE FOR THE ABOVE CAPTION CASE NO. 02070147771 DATED JUNE 22-2005
FURTHERMORE MEDICAL CONDITION AND PHYSICAL DISABILITY THAT MAY BE OF SUBSTANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT 1,2,3,4,5, a,b,c,d,e,

1, TO THE CLERK OF THE SUPERIOR COURT SUSSEX COUNTY DELAWARE AND THE PRESIDING JUDGE THE HONORABLE JUDGE RICHARD F. STOKES OF THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE,

2, FACT ON THE UNITED STATES MARSHAL INVESTIGATION (ORDERED BY THE HONORABLE JUDGE SUE L. ROBINSON INTO THE FACT FINDING IMPROPRIETY OF THE ARRESTING OFFICER OF THE DELAWARE STATE POLICE DEPARTMENT UNDER AND WITH THE COMMANDER (MAJOR R.L. HUGHES, LT. THOMAS F. MACLEISH, AND COL. L. AARON CHAFFINCH OF THE DELAWARE STATE POLICE DEPARTMENT (TROOP 4, 330 SOUTH DUPONT HIGHWAY GEORGETOWN, DELAWARE 19947 AND COMBINE WITH R.L. HUGHES STATE POLICE OF DELAWARE 1441 N. DUPONT HIGHWAY DOVER, DELAWARE 19901 THAT LED THEM TO INFLICT SEVERE PHYSICAL INJURY ON THE PETITIONER ON JULY 21, 22-2002

IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE
*********************************************************************

HONORABLE JUDGE RICHARD F. STOKES;    CASE NO:0207014771(DATE 6-22-05)
                                      PLEASE FILE

EXHIBIT 3, MR. JEFFREY ALONZO SIMMS #198625, DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA, DELAWARE 19977 (IN THE MATTER OF GREEN Y TREE PROGRAM AND MEDICAL CONDITION AND PHYSICAL DISABILITY)

EXHIBIT 4, I HEREBY CONSENT AND AUTHORIZE THE HONORABLE JUDGE RICHARD F. STOKE OF THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE TO REVIEW ALL RECORDS AND DOCUMENTS THAT ARE RETAIN(IN THE UNITED STATES DISTRICT COURT 844 N. KING STREET LOCK BOX 18 WILMINGTON, DELAWARE 19801-3570 FOREGOING IS TRUE THAT A CIVIL CASE IS IN EFFECTIVELY, I HERE DEMAND THAT THE INVESTIGATION REPORT BE RELEASE BY THE HONORABLE SUE L. ROBINSON AND THE UNITED STATES DISTRICT CLERK PETER T. DALLEO

EXHIBIT 5, TO THE WARDEN OF DELAWARE CORRECTIONAL S CENTER WARDEN CARROLLAND AND THE GREEN TREE PROGRAM COUNSELOR MS. HE HICKEY AND COUNSELOR SPENCE AT DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA, DELAWARE 19977

PLEASE BE ADVISED, APPARENTLY THERE IS A MISS MISCONCEPTION OF DOCUMENTATION( HERE YOU WILL FIND THE STATEMENT OF DU DOCUMENT ON JUNE 20-2005 10;30 am ORTHOPEDIC SURGEON MR. HARRY M. FREEMAN WERE CONTACTED AT OFFICE 302-629-5501, 808 MIDDLEFORD ROAD SEAFORD DELAWARE 19973 (I HIS STATEMENT OF RESPONDS IN THE ABOVE MATTER TITLE READS AS FOLLOWS
THE PRESCRIPTION RECOMMENDED THE PETITIONER SHALL CONTINUE 800 mg MOTRIN AND SPECIAL DEC DEVICES, CRUTCH KNEE BRACE AND CHAIR FOR HELP RELEIF OF PAIN UNTIL SURGERY CAN BE PERMITTED) CIVIL CASE NO:04-941-slr-04-1205-slr DATED 9-8-04 MAY IT PLEASE THE COURT THAT I HEREBY CERTIFY THAT THE FOREGOING DU DOCUMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE

_____/s/ Jeffrey Alonzo Simms_____
MR. JEFFRY ALONZO SIMMS #198625 Y BUILDING GREEN TREE PROGRAM
DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

COPYS WERE SENT TO ADRESS CONTAIN IN THE PETITIONER DOCUMENTS

SINCERLEY,

IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE
**************************************************************************

CERTIFICATE OF SERVICE

I, JEFFREY ALONZO SIMMS #198625 HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPIES, OF THE FOREGOING PETITION THREW THE , UNITED STATES POSTAL SERVICES ON THE ABOUT DATE AND TIME AND HAVE CONTACTED THE CLERK OF THE COURT ON JUNE 22-2005 THREW COMMUNICATION OF THE SAME DOCUMENT HERETO THE PETITIONER SENT COPIES TO THE FOLLOWING ADRESSES;

TO: PROTHONOTARY OFFICE
1 THE CIRCLE # st 2
GEORGETOWN DELAWARE 19947

TO: DEPUTY ATTORNEY MS.MELANIE WITHERS
DEPARTMENT OF JUSTICE 114 e.
MARKET STREET
GEORGETOWN ,DELAWARE 19947

TO HONORABLE JUDGE RICHARD F. STOKES
SUSSEX COUNTY COURT HOUSE
1 THE CIRCLE SUITE 2
GEORGETOWN,DELAWARE 19947

TO: THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 n. KING STREET LOCK BOX18
WILMINGTON,DELAWARE 19801-3570

ON THIS DAY OF June 22 , 2005

JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD SMYRNA , DELAWARE 19977

( GREEN TREE PROGRAM V_BUILDING 12t

IN THE [United States District Court District of Delaware]

TO: HONORABLE Judge SUE L. Robinson
MR. PETER DALLEO CLERK OF U.S. DISTRICT COURT OF DELAWARE

## Certificate of Service

I, **Jeffery Alonzo Simms**, hereby certify that I have served a true and correct cop(ies) of the attached: **Petition for Special Appearance AND Exonerate of Sentence AND Medical Condition MOTION** upon the following parties/person(s): **MOTION TRIAL DATE SET SERVE SUBPOENA ON DEFENDANTS**

TO: ORThopedic - Surgeon
M.D. PH.D HARRY M. FREEMAN
808 Middleford Road
Seaford Delaware 19973
Office 302-629-5501

302-577-8400
TO: Department of Justice
MR. RALPH DURSTEIN III LAYER
820 N. FRENCH STREET 6Th Fld
Wilmington Delaware 19801
MAJOR R.L. Hughes D.S.P

TO: Doctor M.D. Donna Burns
Work Place P.O. Box 500
Sussex Correctional Inst.
Georgetown Delaware 19947
INSURANCE COMPANY
CNC Medical
CNN

TO: MAJOR R.L. Hughes
Lt. Col. AND OR MAJOR Thomas F. MacLeish
Col. L. AARON Chaffinch
1441 N. Dupont Hwy
Dover Delaware 19901

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __6__ day of __July__, 2005

Jeffery Alonzo Simms

