IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE STATE

---

MR. JEFFERY ALONZO SIMMS $198625
 ( PLAINTIFF )
    V.
(DEFENDANTS)
  MAJOR RET. R.L. HUGHES,
  MAJOR THOMAS F. MACLEISH,
   COL. AARON CHAFFINCH
STATE POLICE OF THE STATE OF DELAWARE
  1441 N. DUPONT HWY.
   DOVER, DELAWARE  19901

  MR. RALPH K. DURSTEIN 111
   DEPARTMENT OF JUSTICE ( 6th floor)
  820 N. FRENCH STREET
    WILMINGTON DELAWARE  19801

CIVIL ACTION NO. 04-941-SLR:
AND NO. 04-1205-SLR

DATE JULY 12-2005

LOCAL RULES 1235,4

  ART. 36 b.  ART." 26  27  2
sec. 7   sec. 16  17  18  19

ziped 5 6  7  8 UNDER STATE LAW

ANNOTED   CODES AND  7 b CONTAI
         4,5, 6, 8,    7c.   sec 9 10

MAYWEATHERSS V. TERHUNE,
136 F. SUPP. 2d 1152 (E.D. CAL.
2001)

**FILED**
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE MATTER OF ; MOTION FOR TRIAL AND MOTION TO RELEASE
    DOCUMENTS AND FOR EMERGENCY MEDICAL CARE AS INDICATED,
IN CIVIL ACTION CASE NO. 1205   04-1205 AT THE PLAINTIFF CURRENT
ADDRESS: (DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA DEL.
19977.   (GREENTREE PROGRAM) WARDEN CARROLL ,
  HEALTH CARE PROVIDER CNN AND INSURANCE COMPANY AT THE PLAINTIFF
   ADDRESS PLEASE BE S ADVISED YOUR RESPONDS IS    NEEDED
           ( CASE 0207014771 ) TO AND ACCORRANCE WITH
  WITH THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE STATE OF DEL.
   TO, THE HONORABLE JUDGE RICHARD F. STOKES IN THE MATTER OF
  EXONERATE OF SENTENCE AND RECORDS WITH THE COPIES HERETO
   AND CERTIFICATE SERVICE

                                    _____
                          MR. JEFFERY ALONZO SIMMS  198625

IN THE UNITED STATES DISTRICT COURT DISTRICT OF THE STATE OF DELAWARE

---

CIVIL ACTION NO.04-1205-slr

04-941-slr

DATE  12- 2005(JULY)

## CERTIFICATE OF SERVICE

I JEFFERY ALONZO SIMMS #198625 , HEREBY CERTIFY THAT I SENT COPIES TO THE FOREGOING ADDRESS TO BE TRUE AND ATTACHED HERETO AND CERTIFY THAT I HAVE CONTACED THREW THE WAY OF COMMUNICATION AND THE SERVICES OF UNITED STATES POSTAL SERVICES AND CONTACTED THE CLERK OF THE COURT MR. PETER T. DALLEO AND THE LOCATED THE, HONORABLE SUE L. ROBINSON OF THE UNITED STATES DISTRICT COURT WILMINGTON DELAWARE 844 N. KING STREET LOCK BOX 18  ZIP CODE 19801-3570

SENT TO THE FOLLOWING ADDRESS:

MR.RALPH K. DURSTEIN 111
DEPARTMENT OF JUSTICE  ( 6th floor)
820 N. FRENCH STREET
WILMINGTON, DELAWARE  19801

( HONORABLE JUDGE RICHARD F.STOKES)
SUSSEX COUNTY COURTHOUSE
P.O. BOX 756   1 THE CIRCLE SUITE 2
GEORGETOWN, DELAWARE 19947

_Jeffery Alonzo Simms_
MR. JEFFERY ALONZO SIMMS #198625