IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

**ORIGINAL**

MR. JEFFERY ALONZO SIMMS #198625
(PLAINTIFF) V.

(DEFENDANTS)
MAJOR (RET.) R.L. HUGHES; LT.COL.(MAJOR-
THOMAS F. MACLEISH) AND COL.L. AARON CHAFFINCH
(DEFENDANTS) MR. HARRY M. FREEMAN M.D. Ph.D;
ORTHOPEDIC SURGEON 808 MIDDLEFORD
ROAD SEAFORD DELAWARE 19973 (302-629-5501
(DEFENDANTS) MS. DONNA BURNS M.D. Ph.D
(WORKE PLACE) DEPARTMENT OF CORRECTION;
P.O. BOX 500 GEORGETOWN, DELAWARE
( INSURANCE COMPANY CNN ) 19947

(DEFENDANTS) MAJOR (RET.) R.L. HUGHES; MAJOR;
NOW THOMAS F. MACLEISH OF DELAWARE STATE
POLICE P.O. BOX 430 DOVER DELAWARE 19903

CIVIL ACTION NO: 04-941-SLR
CIVIL ACTION NO: 04-1205-SLR
DATE JULY 14-2005

(FILE DATE SEPTEMBER 9-8-2004)


FILED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF MOTION
FOR EMERGENCY HEARING OR TRIAL AT THE EARLIEST POSSIBLE
CONVENIENCE DATE. ( ACTION MOTION TO PROCEED )

TO; THE HONORABLE JUDGE SUE L. ROBINSON AND UNITED STATES DISTRICT COURT CLERK MR. PETER T. DALLEO: (EXHIBIT 1,2,3, and a,b,c,)
DELAWARE LOCAL RULES 1,2,3,4,5,
U.S. DISTRICT ANNOTE 35 7B

1) a. PLEASE BE ADVISED, THE PLAINTIFF A PRO se, IN THE ABOVE CAPTION CIVIL CASE MOTION FOR TRIAL EFFECTIVELY AND DEMAND SUBPOENA OF THE DEFENDANTS IN THE CIVIL ACTION CASE.

2) b. ALSO BE ADVISED, THE PLAINTIFF SEEK A COURT ORDER FROM THE HONORABLE SUE L. ROBINSON AND CLERK OF COURT MR. PETER T. DALLEO U.S.D.C.W.D. OF ANY FURTHER DENIAL OF MEDICAL TREATMENT AN IMPROPRIETY AGAINST THE PLAINTIFF WHILE AT (MR. JEFFERY ALONZO SIMMS #198625 DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA DELAWARE 19977..

3) d. FURTHEREMORE MAY IT PLEASE THE COURT THE PLAINTIFF RELEASE COPYs OF THE CLAIMS OF STATEMENT AND MOTION TO THE SUPERIOR COURT SUSSEX COUNTY DELAWARE SUITE 2 GEORGETOWN 19947 THE HONORABLE JUDGE (RICHARD F. STOKES AND CLERK OF THE SUPERIOR COURT AND HERETO THE COURT WILL FINE FIND THE CERTIFICATE OF SERVICE :

HERE COMES THE PRO SE MR. JEFFERY ALONZO SIMMS 198625
TO THE HONORABLE JUDGE SUE L. ROBINSON AND CLERK MR. PETER T. DALLEO
OF THE UNITED STATES DISTRICT COURT WILMINGTON ( I AWAIT YOUR RESPONDS
EFFECTIVELY AND URGENTLY AND I REMAIN SINCERLY.

SIGNATURE OF MOVANT DATE JULY 14, 2005

IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

CIVIL ACTION NO. 04-1205 SLR
AND CIVIL ACTION NO. 04_941_-SLR

DATE JULY 14 2005

CERTIFICATE OF SERVICE

I: JEFFERY ALONZO SIMMS #198625? , HEREBY CERTIFY THAT I HAVE SENT THREW THE UNITED STATES POSTAL SERVICE THE FOREGOING DOCUMENTS AND CONTACT THREW COMMUNICATIONS THE CLERK OF THE UNITED STATES COURT DISTRICT OF DELAWARE ON THE ABOUT DAY 14 YEAR 2005 2005

AND CERTIFY Y THAT COPYS WERE SENT THE FOLLOWING:

MR. RALH K. DURSTEIN 111
  DEPARTMENT OF JUSTICE
  820 N. FRENCH STREET 6th floor
  WILMINGTON DELAWARE 19801

HONORABLE JUDGE RICHARD F. STOKES
  SUSSEX COUNTY COURTHOUSE
  1 THE CIRCLE
    GEORGETOWN, DELAWARE 19947

THE HONORABLE JUDGE SUE L. ROBINSON

PROTHONOTARYS OFFICE
1 THE CIRCLE " SUITE 2
GEORGETOWN DELAWARE 19947

AND CLERK THE UNITED STATES DISTRICT COURT
  844 N. KING STREET LOCK BOX 18
WILMINGTON DELAWARE 19801 - 3570

DEPUTY ATTORNETY

DEPUTY ATTORNEY GENERAL
MS. MELANIE WITHERS
114 E. MARKET STREET
GEORGETOWN, DELAWARE 19947

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER    JULY 14 2005
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977