IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE    STATE OF DELAWARE

---

STATE OF DELAWARE                                ACTION NO: 0207014771

   V.                                           DATE JULY 12, 2005

MR. JEFFREY ALONZO SIMMS #198625

MOTION FOR: EXONERATE OF SENTENCE

---

CERTIFICATE OF SERVICE

5. (E)

    I, JEFFREY ALONZO SIMMS, HEREBY CERTIFY THAT I HAVE 12 DAY OF JULY 2005 I HAVE SERVED A TRUE AND CORRECT COPY OF THE ATTACHED UPON THE FOLLOWING PARTY, ON THE S ABOUT DATE AND TIME OF THE CLERK OF THE COURT THREW THE COMMUNICATION OF THE UNITED STATES POSTAL SERVICE COPIES SENT TO THE FOLLOWING;

| | |
|---|---|
| PROTHONOTARY OFFICE<br>1 THE CIRCLE # SUITE 2<br>GEORGETOWN, DELAWARE 19947 | SUSSEX COUNTY COURTHOUSE 1 THE CIRCLE<br>SUITE 2 GEORGETOWN, DELAWARE 19947 |
| MR. RALH K. DURSTEIN 111<br>DEPARTMENT OF JUSTICE<br>320 820 N. FRENCH STREET<br>WILMINGTON, DELAWARE<br>19801 6th floor | THE UNITED STATES DISTRICT COURT DISTRICT OF<br>DELAWARE THE HONORABLE SUE L. ROBINSON<br>AND CLERK OF THE COURT PETER T. DALLEO U.S.<br>844 N. KING STREET LOCK BOX 18 WILMINGTON DEL.<br>19801 3570 |

SIGNATURE OF MOVANT   DATE JULY 12 2005

IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE

STATE OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE<br><br>V.<br><br>MR.JEFFREY ALONZO SIMMS ( DEFENDANT )<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA: DELAWARE 19977 | CASE NO.0207014771<br><br>S.B.I. 198625<br><br>DATE JULY 12_ 2005 |

NOTICE OF MOTION

PLEASE BE ADVISED; THAT THE ENCLOSED MOTION FOR EXONERATE OF SENTENCE WILL BE PRESENTED TO THIS HONORABLE COURT AT THE EARLIEST POSSIBLE CONVENIENCE DATE HEREOF

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE; COMES THE DEFENDANT MR.JEFFREY ALONZO SIMMS S.B.I. 198625 UNDER STATE AND FEDERAL LAW COMES BEFORE THE HONORABLE JUDGE RICHARD F. STOKES: IN SUPPORT OF THIS MOTION; THE FOLLOWING IS ASSERTED : EXHIBIT 1 2 3 4 5; a b c d e

..THE DEFENDANT WAS SENTENCE ON MARCH 9, 2003 AS A RESULT FROM A TRIAL BY JURY ON NOVEMBER 20, 21, 2002 AT THE ABOVE HONORABLE COURT OF SUSSEX COUNTY? UNDER THE ( 41 DEL. LAWS , c. 213 , 25: 70 11 del. c. 1953., 2525: 2525 70 del. laws)( THE COURT RELIED UPON STATE POLICE OF DELAWARE: ARRESTING OFFICERS ON JULY 21,22, 2002 MAJOR R,l. HUGHES, lt. THOMAS F. MACLEISH ) AND COL. AARON CHAFFINCH WAS NOT ADVISED OF RIGHTS AND MEDICAL TREATMENT AFTER STATE POLICE OF DELAWARE INFLICT SEVERE INJURY BRUTALITY UPON THE DEFENDANT.

2. (B) MIRANDA V. ARIZONA 384 U.S. 436, 86 s ct 1602 (1966)

3. (C) WHEREFORE, THE DEFENDANT REQUEST IN THIS MOTION THAT THE HONORABLE COURT EXONERATE THE DEFENDANTS SENTENCE.

4. (D) THERE WERE A INVESTIGATION BY THE UNITED STATE MARSHAL OFFICE ORDER BY THE HONORABLE SUE L. ROBINSON OF THE UNITED SAT STATES DISTRICT COURT WILMINGTON DELAWARE 844 N. KING STREET LOCK BOX 18 HONORABLE JUDGE THOMAS L. AMBRO FEDERAL BUILDING WILMINGTON DELAWARE 198016 _3570 *Jeffrey alonzo simms*