MR. JEFFERY ALONZO SIMMS 198625        DATE 14 2005
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD                       CASE 020701477
SMYRNA, DELAWARE 19977                  CIVIL ACTION 040 - 04-941-slr

                                        CIVIL ACTION

                                        04-1205-slr

IN THE MATTER OF MOTION FOR TRIAL
_____

TO:    HONORABLE JUDGE RICHARD F. STOKES,
       HONORABLE JUDGE SUE L. ROBINSON,

**FILED**
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_/s/ Jeffery A. Simms_