Civil action No. 04-941-SLR
and Civil action No. 04-1205-SLR
Date: July 14-
2005

To: Honorable Sue L. Robinson
Judge;

In the matter of
Motion for trial
Subpoena Defendants

please be advised
your responds is
needed in the above
caption case.

Sincerely

Mr. Jeffrey Alonzo Simmons
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware
19977

FILED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

civil action 04-941-SLR
04-1205-SLR

Date 14-2005

In the matter of trial
and Subpoena for Defendant
To: Honorable Judge Sue L. Robinson

Sincerely

Jeffery A Simmons
178625
Delaware correctional
center
1181 paddock
Road
Smyrna Del
19977