civil case 04-941-SLR
04-1205-SLR

July 14, 2005

To: Honorable Sue L. Robinson
and Clerk Mr. Peter T. Dalleo
United States District Court
District of Wilmington Delaware
19801-3570

(In the matter motion
for emergency trial Date
and Subpoena to Defendants)

In Case 04-941-SLR and
04-1205-SLR,

please be advised
your respond is
need,
The plaintiff request
and Demand the courts order
in the above caption case

Jeffrey Alonzo Gains
#198625

Delaware corrections center
1181 Paddock Road
Wilmington Delaware
19977

Green tree program U Build