In the United States,
District Court District of
State of Delaware

Civil action
No: 04-941-SLR
and No: 04-1205-SLR

Mr. Jeffrey Alonzo Simms
#198625
Delaware Correctional Center
1181 Paddock Road
Smyrna Wilmington, Delaware
19977   Home Phone
410-754-7760

Date July 19-2005

in the matter of
Motion for trial emergency Hearing

To: Mr. Peter T. Dalleo U.S.D.C
and Honorable Sue L. Robinson

please Be advised
your response is
needed
in the above caption
so effectively, I await
your response

Sincerely
Mr Jeffrey [signature]

FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



IM JEFFREY A SIMMS
SBI# 198625   UNIT M-B-3 east
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street, Lock Box 18, Box
Honorable Judge Thynge, Chambers Building
Federal Building, Wilmington, Delaware
19801-3570