IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE STATE
*****************************************************************

MR. JEFFERY ALONZO SIMMS #198625

   (plaintiff)

V.

(DEFENDANTS)

R.L. HUGHES RET. MAJOR, LT. COL. NOW MAJOR
THOMAS F. MACLEISH, COL. L. AARON CHAFFINCH
(DELAWARE STATE POLICE 1441 N. DUPONT
HWY. DOVER, DELAWARE 19901

MR. RALPH K. DURSTEIN III
  DEPARTMENT OF JUSTICE 820 N. FRENCH
STREET 6th FLOOR WILMINGTON, DELAWARE
  19801
  (DEFENDANTS)
HARRY M. FREEMAN M.D. PH. d, ORTHOPEDIC
  SURGEON 808 MIDDLEFORD ROAD
SEAFORD, DELAWARE 19973.
DOCTOR DONNA BURS BURNS P.H.d, M.D.
   (WORK PLACE) SUSSEX CORRECTIONAL
  INSTITUTION P.O. BOX 500
GRORGETOWN, DELAWARE 19947.
 (RET. MAJOR R.L. HUGHES DEL STATE POLICE)

CIVIL ACTION NO. 04-941-SLR
AND CIVIL ACTION NO. 04-1205-SLR
DATE JULY 19-2005
I.D. 198625

****************************
WILSON V. SEITER, 501 U.S. 294
, 111 S. CT. 2321, 115 L. ED
. 2d 271 (1991)
HELLING V. MCKINNEY, 509 U.S.
25, 113 S. ct. 2475, 125 L. ED.
@d 2d 22 (1993) : LAAMAN V.
HELGEMOE, 437 F. SUPP. 269,
312 (D.N.H. 1977)

FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF MOTION
PLEASE TAKE NOTICE OF THE ENCLOSE MOTION FOR EMERGENCY RELIEF
WHILE IN A STATE INSTITUTION OF CORRECTION IN THE STATE OF DELAWARE
WITH A STATEMENT OF CLAIMS AND CERTIFICATE OF SERVICE HERETO: WILL
BE PRESENTED TO THIS HONORABLE COURT AT THE EARLIEST URGENT POSSIBLE
DATE.   FOURTEENTH AMENDMENT :
*****************************************************************
UNDER FEDERAL OF THE UNITED STATES OF AMERICA:

1. a) COMMISSION ON                ACCREDITATION FOR CORRECTION,
  CERTIFICATION STANDARDS FOR HEALTH CARE PROGRAMSS HC-058(1989).

2. B) UNITED STATES DEPT OF JUSTICE, FEDERAL STANDARDS FOR CRIMINAL
    JUSTICE §§ 23.5-1, 5-2 (1986_): (FOR PRISON AND JAILS §§ 5.22-24)
                      (1980)
  CORRECTIONAL HEALTH CARE, ABA STANDARDS FOR CRIMINAL JUSTICE
  J-20-21(1987), NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE,
  STANDARDS FOR HEALTH SERVICES IN JAILS J-44 (MAY 1999)

*[signature: Jeffery Alonzo Simms]*



IM Jeffrey A Simms
SB# 178625    UNIT W-D-3 east
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street, Lock Box 18
Honorable Judge Thomas L. Ambro Building
Federal Building, Wilmington, Delaware
19801-3570