IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE STATE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR. JEFFERY ALONZO SIMMS #19862             CIVIL CASE NO 04-941 SLR
    PLANTIFF
                                               AND ACTION CASE NO: 04-1205-SLR
(PLAINTIFF) V.     **ORIGINAL**
                                               DATE 19-2005

(DEFENDANTS)

PART 2 OF MOTION

(3. c,



FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR EMERGENCY MEDICAL CARE AND TRIAL DATE AT THE EARLIEST POSSIBLE DATE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(3.c,   PLEASE BE ADVISED; MICHAEL C. FRIEDMAN, COMMENT, CRUEL
AND UNUSUAL PUNISHMENT IN THE PROVISION OF PRIO PRISON MEDICAL CARE:
CHALLENGING THE DELIBERATE INDIFFERENCE STANDARD , 45 V 1 REV 921 ( 1992).

TO: HONORABLE JUDGE SUE L. ROBINSON AND CLERK MR. PETER T. DALLEO
      CERTIFICATE     OF  SERVICE        (EXONERATE OF SENTENCE )
4. d.

                                                                 S.B.I. $198625

                                        _/s/ Jeffrey Alonzo Simms_____
DELAWARE CORRECTIONAL SERVICE 1181 PADDOCK ROAD
   SMYRNA, DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE STATE

**************************&***********************************************

CIVIL ACTION NO 04-941-SLR AND
CIVIL ACTION NO 04-1205- SLR

CERTIFICATE OF SERVICE

TO: THE HONORABLE JUDGE SUE L. ROBINSON:

I HEREBY THE MR. JEFFERY ALONZO SIMMS 198625 HAVE SENT THREW THE UNITED STATES POSTAL SERVICE AND CONTACTED U.S. DISTRICT COURT CLERK MR. PETER T DALLEO AND CERTIFY THAT THE FOREGOING ARE TRUE COPIES AND SENT THREW COMMUNICATE SERVICE TO THE FOLLOWING ADDRESS:

HONORABLE RICHARD F. STOKES
SUSSEX COUNTY COURTHOUSE

MR. RALPH K. DO DURSTEIN 111      1 THE CIRCLE, SUITE 2
                                   GEORGETOWN, DELAWARE 19947
DEPARTMENT OF JUSTICE     6th floor
820 n. FRENCH STREET
WILMINGTON, DELAWARE 19801
                                   office the clerk(MR. PETER T. DALLEO
                                   THE UNITED STATES DISTRICT COURT
PROTHONOTARYS OFFICE      HONORABLE JUDGE SUE L. B ROBINSON
1 THE CIRCLE # SUITE 2            844 N. KING SREET LOCK BOX 18
GEORGETOWN, DELAWARE 19947-1502   WILMINGTON, DELAWARE 19801 35-70

                                   _X_ /s/ Jeffery Alonzo Simms_
                                   MR. JEFFERY ALONZO SIMMS #198625
                                   DELAWARE CORRECTIONAL CENTER
                                   1181 PADDOCK ROAD
                                   SMYRNA DELAWAARE 19977



I/M Jeffrey A Simms
SBI# 198625  UNIT M-D-3east
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street, Lock Box 18 Box
Honorable Judge Thomas L. Ambro Building
Federal Building, Wilmington Delaware
19801-3570