Civil action
No. 04-941-SLR
AND 04-1205-SLR

In the United States District Court
District of Delaware

Date July 23-2005

To: Honorable Judge Sue L. Robinson
And Clerk U.S.D.C. Peter T. Dalles,

Please Be advised,
a motion Have Been filed
for Special appearance
for Medical Emergency

Sincerly,

Jeffry alonzo Simms #198625

Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware
19977

FILED JUL 26 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

civil action
No. 04-941-SLR
And No. 04-1205-SLR

## Certificate of Service

I, Jeffery Alonzo Simms, hereby certify that I have served a true and correct cop(ies) of the attached: MOTION FOR SPECIAL APPEARANCE FOR MEDICAL EMERGENCY upon the following parties/person (s):

TO: Division of professional Regulation att: Investigation administrative Building Suite 203 Dover, Delaware 19904-2467

TO: Sussex County Courthouse 1 the Circle Suite 2 Georgetown Delaware 19947

TO: Mr. Ralph K. Durstein III Department of Justice 6th floor 220 N. French Street Wilmington Delaware 19801

TO: Prothonotary Office 1 the Circle Suite 2 Georgetown Delaware 19947

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 23 day of July, 2005

Jeffery Alonzo Simms

I/M: JEFFREY A. SIMMS
SBI# 178625   UNIT D-D-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson,
United States District Court
844 N. King Street, Lock Box 18
Honorable Judge Thomas L. Ambro Federal Building
Wilmington, Delaware
19801-3570