Civil action No. 04-947-SLR
No. 04-1205-SLR

July 21, 2005

In the United States District Court
of State of Delaware

To:
Honorable Judge Sue L. Robinson,
and U.S.D.C. Clerk, Peter T. Dalleo

Please be advised,

Your respond is needed in the above caption case.

Mr. Jeffrey Alonzo Simms #198625
Delaware Correctional Institution
1181 Paddock Road
Wilmington, Delaware
19977

FILED
JUL 26 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE



I/M Jeffrey A Simms
SBI# 198625  UNIT K-A-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Sue L. Robinson
United States District Court
844 N. King Street Lock Box 18
Honorable Judge Thomas L. Ambro
Wilmington, Delaware 19801-3570

U.S.M.S. X-RAY