Civil action No. 04-941-SLR
And Civil action No. 04-1205-SLR

Date: July 19-2005

RECEIVED JUL 26 2005 SUE L. ROBINSON U.S. DISTRICT JUDGE

For the United States District Court
District of State of Delaware

To: Honorable Judge Sue L. Robinson
And U.S.D.C. Clerk Mr. Peter T. Dalleo,

Please Be advised,

Here you will find a Motion for Emergency relief and Certificate of Service and Statement of Claims

Sincerely,
Mr. Jeffery alonzo Simms #198625
Delaware Correctional Center
1181 paddock Road
Smyrna, Delaware 19977

Civil action 04-941-SLR
and Civil action 04-1205-SLR

Date July 19-2005

## Certificate of Service

I, Jeffery alonzo Simms, hereby certify that I have served a true and correct cop(ies) of the attached: Motion for Emergency Relief notice of Motion upon the following parties/person (s):

TO: MR. Ralph K. Durstein
Department of Justice
6th Floor
820 North French Street
Wilmington, Delaware 19801

TO: Honorable Judge
Richard F. Stokes
Sussex County Courthouse
1 The Circle, Suite 2 (302)-614771
Georgetown, Delaware 19947

TO: Prothonotary's office
1 The Circle # Suite 2
# (302)-614-771
Georgetown
Delaware 19947-1502

TO: Honorable Judge Sue Robinson
Office of the Clerk
Peter T. Dalleo - U.S.D.C.
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 19 day of July, 2005

Jeffery Simms

I.M. Jeffrey A. Simms
SBI# 236625   UNIT 17-A-3 East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street Lock Box 18
Honorable Judge Thomas L. Ambro J. Federal Building
Wilmington, Delaware
19801-3570