IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>M.D. HARRY M. FEEMAN, DR. )<br>DONNA BURNS and MAJOR R.L. )<br>HUGHES, )<br>)<br>    Defendants. ) | Civ. No. 04-1205-SLR |

**O R D E R**

At Wilmington this 11th day of August, 2005, having considered plaintiff's motions for various relief;

IT IS ORDERED that:

1. Plaintiff's motions to amend/correct (D.I. 10, 14) in order to consolidate this action with another he filed are **denied**, there being insufficient reasons to join the actions. Consistent with the requirements outlined in court's April 26, 2005 order (D.I. 9), plaintiff shall complete and return to the Clerk of Court an original "U.S. Marshal 285" form for each defendant as well as for the Attorney General for the State of Delaware within 120 days of this order.[1] **Failure to provide the "U.S. Marshal 285" form for each defendant and the attorney general within 120 days of this order may result in the complaint**

---

[1] The more detailed explanation of plaintiff's obligations are incorporated, by reference, into this order and plaintiff is urged to review that document. (D.I. 9)

being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

2. Plaintiff's motions for hearings (D.I. 10, 21) are **denied**, there being no evidence of record that plaintiff has served the complaint on any of the defendants.

3. Plaintiff's motion to serve subpoenas on defendants (DI. 16) he intends to call as trial witnesses is premature, and **denied** without prejudice to renew.

4. Plaintiff's motion for emergency medical care and a trial date (D.I. 29) is **denied**, there being inadequate grounds for relief.

5. Plaintiff's motion for summary report (D.I. 34) is **denied**, there being no evidence of record that plaintiff has served the complaint on any of the defendants.

6. **Repetitive requests for relief that the court has already determined are without merit and will not be accepted for docketing.**

_____
United States District Judge