# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Jeffrey Simms   SBI#: 196625

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: July 29, 2005

FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of January 1, 2005 to June 30, 2005.
The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |
| June | 6.31 |

Average daily balances/6 months: 3.86

Attachments
CC: File

Stacy Shane
7/29/05

# Individual Statement - No Transactions This Month

Date Printed: 7/29/2005                                                                                       Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.00 |

## Individual Statement - No Transactions This Month

Date Printed: 7/29/2005                                                                                  Page 1 of 1

### For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|

# Individual Statement - No Transactions This Month

Date Printed: 7/29/2005                                                                                          Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Ending Mth Balance:    $0.00

## Individual Statement - No Transactions This Month

Date Printed: 7/29/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|

# Individual Statement

Date Printed: 7/29/2005

## For Month of May 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 5/13/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 106909 | | | |
| Medical | 5/25/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | 111629 | | 5/17/05 | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of June 2005

Date Printed: 7/29/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00198625 | SIMMS | JEFFREY | A | | | |
| Current Location: | D/E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/10/2005 | $25.00 | $0.00 | $0.00 | $25.00 | 118846 | 7628461007 | | M SIMMS |
| Medical | 6/10/2005 | ($2.00) | $0.00 | $0.00 | $23.00 | 118975 | | 5/17/05 | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($6.06) | $23.00 | 119644 | | DST/POSTAGE | |
| Canteen | 6/17/2005 | ($16.72) | $0.00 | $0.00 | $6.28 | 121430 | | | |
| Pay-To | 6/17/2005 | ($0.60) | $0.00 | $0.00 | $5.68 | 121696 | | DST/POSTAGE | |
| Pay-To | 6/17/2005 | ($0.60) | $0.00 | $0.00 | $5.08 | 121697 | | DST/POSTAGE | |
| Pay-To | 6/17/2005 | ($0.37) | $0.00 | $0.00 | $4.71 | 121698 | | DST/POSTAGE | |
| Pay-To | 6/23/2005 | ($4.71) | $0.00 | ($1.35) | $0.00 | 124194 | | DST/POSTAGE | |

Ending Mth Balance: $0.00