U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Jeffrey Alonzo Simms | COURT CASE NUMBER: 04-1205-SLR |
| DEFENDANT: Jane M Brady | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Department of Justice Jane M Brady A.G. 1980

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
820 N. French Street Wilmington Delaware

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Jeffrey Alonzo Simms
S.B.I #198625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Number of process to be served with this Form - 285: 4
Number of parties to be served in this case: 4
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

302-577-8500

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Jeffrey Alonzo Simms
TELEPHONE NUMBER: 410-754-7766
DATE: August 18, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: br
Date: 8/29-05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Keith Brady

FILED
SEP - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date of Service: 8/31/05   Time: 1030 am
Signature of U.S. Marshal or Deputy: br

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)