IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE STATE OF DELAWARE

*********************************************************************

MR. JEFFERY ALONZO SIMMS #198625  
DELAWARE CORRECTIONAL CENTER  
1181 PADDOCK D ROAD  
SMYRNA, DELAWARE 19977

CIVIL CASE NO. 04-941-SLR  
AND CIVIL NO 04-12-05-SLR  
PLEASE FILED  
SEPTEMBER 8-2005

V.  
DEFENDANTS            MOTION FOR DEPOSITION 30(B)(6)

AFFIDAVIT RULE #35 sec. 8

HERETO ATTACHED THE AFFIDAVIT AND THE SET RULES TO CONFIRM THE PLAINTIFF SET FORTH FOR THE DEFENDANTS TO COMPLY WITH

SIGNATURE OF

AFFIANT    MR. JEFFERY ALONZO SIMMS# 198625  
NOTARYS

PLEASE BE ADVISED OF THE FOLLOWING MOTION!



RECEIVED SEP 15 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

Case 1:04-cv-01205-SLR    Document 45    Filed 09/15/2005    Page 2 of 2

Jeffrey Simms
SBI# 198625 Unit D-D-3 East
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570