IN THE UNITED STATES DISTRICT COURT DISTRICT OF THE STATE OF DELAWARE

---

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CIVIL ACTION,
DOCKET NO:
04-1205-SLR,
04-941-SLR
PLEASE FILED
SEPTEMBER 8-2005
SEPTEMER 8-2005

( PLAINTIFF )   TO: RESPONDENT IN CAPTION CASE

TO: THE HONORABL JUDGE SUE L. ROBINSON AND CLERK OF THE UNITED STATES DISTRICT COURT OF THE STATE OF DELAWARE 844 N. KING STREET LOCK BOX 18 WILMINGTON, DELAWARE 19801-3570

TO: THE HONORABL JUDGE RICHARD F. STOKES IN THE SUPERIOR COURT FOR SUSSEX COUNTY STATE OF DELAWARE AND TO THE CLERK OF COURT,
AND TO: THE PROTHONOTARYS OFFICE 1 THE CIRCLE SUITE 2 GEORGETOWN, DELAWARE 19947 AND TO: THE ATTORNEY OF THE DEFENDANTS MR. RALP K. DURSTEIN  DURSTEIN OF THE DEPARTMENT OF JUSTICE 820 N. FRENCH? STREET WILMINGTON DELAWARE 19801  6 th fld.
M JANE BRADY DEPARTMENT OF JUSTICE 820 n. FRENCH STREET WILMINGTON, DELAWARE 19801.
DEPARTMENT OF JUSTICE 114 E. MARKET STREET GEORGETOWN DELAWARE 19947.

POVERTY AFFIDAVIT, AN AFFIDAVIT MADE BY AN INDIGENT PRO SE, SEEKING PUBLIC ASSISTANCE, APPOINTMENT OF COUNSEL WAIVER OF COURT FEES, OR OTHER FREE PUBLIC SERVICES. 28 USCA §1915
ALSO TERMED PAUPER S AFFIDAVIT; IN FORMA PAUPERIS AFFIDAVIT; IFP AFFIDAVIT.

RECEIVED SEP 15 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

2427. CIVIL ACTION 9x (A) RELIEF AND RIGHT TO RELIEF

2310.    IN THE MATTER OF :  WRIT OF ERROR  AND MOTION IN ARREST OF JUDGMENT AND TO VACATE SENTENCE AN HERETO AFFIDAVIT OF NOTICE. SUPPLEMENTAL AFFIDAVIT
THE MOVANT SAY;:

HERE COMES, NOW THE PRO SE IN THE CIVIL ACTION THE MR. JEFFERY ALONZO SIMMS AND HAVE PETITION THE HONORABLE JUDGE RICHARD F. STOKES OF THE SUPERIOR COURT FOR SUSSEX COUNTY THE STATE OF DELAWARE AFTER CONTACT OF THE ATTORNEY GENERAL OF THE STATE OF DELAWARE AND THE COMMISSIONER OF CORRECTION ABOVE TITLE CASE CONSTITUTIONALITY AND THE AFFIRMATIVE MISCONDUCT OF THE ARRESTING OFFICER OF THE DELAWARE STATE POLICE TROOP 4 AND COMMANDING OFFICER AND NOW, THE 8th AMENDMENT CRUEL AND UNUSUAL PUNISHMENTS BEING INFLICTED ACTING IN GOOD FAITH ON THE ABOUT DATE AND YEAR SEPTEMBER 8-2005 I FILED FOR EMERGENCE RELIEF FOR VIOLATE OF MY DUE PROCESS AND CLASSIFICATION HAVE CONTAIN OR EXPOSED THE PRO, SE TO UNCONSTITUTIONAL TREATMENT AND SITUATIONS THATS UNBEAREABLE PROLONGED SLEEP DEPRIVATION AND INCESSANT NOISE FURTHERMORE COLD, AND DEPRIVATION OF MEDICAL CARE

SIGNATURE OF
AFFIDAVIT OF SERVICE

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977   MR. JEFFERY ALONZO SIMMS
MOVANT

DATE SEPTEMBER 8-6-2005
NOTARY SIGNATURE

SEPTEMBER 8-2005

# Certificate of Service

I, __Jeffery Alonzo Simms__, hereby certify that I have served a true and correct cop(ies) of the attached: __Affidavit Supplemental Motion for Judgement and Relief__ upon the following parties/person(s):

TO: __Department of Justice 820 N. French Street Jane M Brady 302-577-8500 Wilmington Delaware 19801__

TO: __Mr. Ralph K. Durstein III - 6th Flo. Department of Justice 820 N. French Street Wilmington Delaware 19801__

TO: __Honorable Judge Sue L. Robinson United States District Court 844 N. King Street Lock Box 18 Wilmington Delaware 19801-3570__

TO: __Honorable Judge Richard F. Stokes Sussex County Courthouse, the Circle Suite 2 Georgetown Delaware, 19947__

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __8__ day of __September__, 200__5__

_/s/ Jeffery Simms_



I/M Jeffrey Simms
SBI# 198625 UNIT D-D-3 East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware 19801-3570