Case 1:04-cv-01205-SLR   Document 47-2   Filed 09/22/2005   Page 1 of 2

SEPTEMBER 20-2005

ORIGINAL

NOTICE     OF     MOTION



PRO SE, _____
          MR. JEFFERY ALONZO SIMMS

RECEIVED
SEP 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Jeffrey Simms
BI# 198625 UNIT D-D-3 East
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street Lock Box 18
Judge Thomas L. ambro Federal Building
Wilmington, Delaware 19801 3570