IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MR. JEFFERY ALONZO SIMMS #198625<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DELAWARE 19977<br>( PLAINTIFF)<br><br>V.<br>(DEFENDANT)<br><br>DEFENDANTS ATTORNEY<br>MR. RALPH K. DURSTEIN<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DELAWARE<br>19801<br>M. JANE BRADY<br>DEPARTMENT OF JUSTICE<br>820 N. FRECH STREET<br>WILMINGTON, DELAWARE<br>19801 | CIVIL ACTION  CASE 04-941-SLR<br>AND CIVIL ACTION 04-1205-SLR<br>POVERTY  AFFIDAVIT, AN AFFIDAVIT<br>MADE BY AN INDIGENT PERSON SEEKING<br>PUBLIC ASSISTANCE, APPOINTMENT OF COUNSEL;<br>WAIVER OF COURT FEES, OR OTHER FREE<br>PUBLIC SERVICES. 28 USCA § 1915.<br>ALSO TERMED PAUPERS AFFIDAVIT: IN FORMA<br>PAUPERIS AFFIDAVIT: I.F.P. AFFIDAVIT.<br>SEPTEMBER 20-2005<br>PLEASE FILE A HEARING AT THE EARLIEST<br>EFFECTIVE DATE, AND A  GRANT A PUBLIC<br>DEFENDER FFR TRIAL AND EMERGENCEY HEARNING |



U.S.C.A   35 SEC B            SUPPLEMENTAL AFFIDAVIT
    CODE 11

1.) TO SUPPLY ADDITION FACTS BY THE DECLARANT TO SAY: HAVE AND NOW BEING
    DEPRIVED OF MEDICAL TREATMENT AND INHUMANE PUNISHMENT, SEEK
    RELIEF AND PROTECTION FROM CRUELTIES IN THE DEPARTMENT OF CORRECTION

AFFIDAVIT SIGNATURE,              MR. JEFFERY ALONZO SIMMS #198625
SINCERLY,                         DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD
                                  SMYRNA, DELAWARE 19977
TO: THE HONORABLE
JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT CIO COURT
844 N. KING STREET LOCK BOX 18
WILMINGTON DELAWARE 19801-3570
    U.S.D.C. MR. PETER T. DALLEO



Jeffrey Simms
SBI# 198625 UNIT D-D-3East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street Lock Box 18
Judge Thomas L. Ambro Federal Building
Wilmington, Delaware 19801-3570