IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY ALONZO SIMMS, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-1205-SLR |
| | : | JURY TRIAL OF 12 DEMANDED |
| HARRY M. FREEMAN, M.D., | : | |
| DONNA BURNS, DR., and | : | |
| MAJOR R. L. HUGHES, | : | |
| Defendants. | : | |

## DEFENDANT HARRY FREEDMAN, M.D.'S ANSWER TO COMPLAINT

### PARTIES

1. Upon information and belief, admitted.

### STATEMENT OF CLAIM

2. As to defendant Freedman, denied.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted pursuant to FRCP 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

In this medical negligence action this Court lacks jurisdiction over the subject matter.

### THIRD AFFIRMATIVE DEFENSE

In this medical negligence action, this Court lacks jurisdiction over the person of defendant Harry Freedman, M.D.

**WHEREFORE,** defendant Harry Freedman, M.D. requests judgment in his favor with costs assessed against the plaintiff.

        ELZUFON AUSTIN REARDON
        TARLOV & MONDELL, P.A.


        /S/<u>Jeffrey M. Austin</u>
        JEFFREY M. AUSTIN, ESQ. #2158
        300 Delaware Avenue, 17th Floor
        P.O. Box 1630
        Wilmington, DE   19899-1630
        (302) 428-3181
        Attorney for Defendant
        Harry M. Freeman, M.D.

Dated: October 5, 2005
G:\Docs\CLIENT\31312\16115\pleading\00303356.DOC

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE       )
                        )   SS.
NEW CASTLE COUNTY       )

I, KAREN BRYSON LEWIS, secretary to JEFFREY M. AUSTIN, ESQUIRE, in the law firm of Elzufon Austin Reardon Tarlov & Mondell, P.A., do hereby certify that on the 5th day of October, 2005, I caused the attached *Defendant Harry M. Freeman, M.D.'s Answer To Complaint* to be e-filed to the following individual(s):

>    Jeffrey Alonzo Simms
>    Inmate #198625
>    Sussex Correctional Institute
>    P. O. Box 500
>    Georgetown, DE 19947

>    /S/Karen Bryson Lewis
>    KAREN BRYSON LEWIS

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 5th day of October, 2005.

>    /S/Robin R. Robinson
>    NOTARY PUBLIC