# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 04-1205-SLR |
| | ) |
| DONNA BURNS, | ) |
| HARRY M. FREEMAN, M.D., | ) |
| and MAJOR R.L. HUGHES, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

   Please enter the appearance of Ralph K. Durstein III as counsel for the defendant R.L. Hughes in this matter.

        /s/ Ralph K. Durstein III
Ralph K. Durstein III (ID# 912)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8510

Dated: December 7, 2005

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JEFFREY ALONZO SIMMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-1205-SLR |
| | ) |
| DONNA BURNS, | ) |
| HARRY M. FREEMAN, M.D., | ) |
| and MAJOR R.L. HUGHES, | ) |
| | ) |
| Defendants, | ) |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on December 7, 2005, he caused the attached Answer to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Daniel L. McKenty, Esq.<br>Dana M. Spring, Esq.<br>McCullough & McKenty, P.A.<br>1225 North King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Jeffrey M. Austin, Esq.<br>Elzufon, Austin, Reardon, Tarlov &<br>Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899-1630 |

and via U.S. Mail postage prepaid to the following:

Jeffery Alonzo Simms
SBI# 198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

/s/ Ralph K. Durstein III
Ralph K. Durstein III, I.D. #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendant Hughes