IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY ALONZO SIMMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1205-SLR |
| | : | JURY TRIAL OF 12 DEMANDED |
| HARRY M. FREEMAN, M.D., | : | |
| DONNA BURNS, DR., and | : | |
| MAJOR R. L. HUGHES, | : | |
| | : | |
| Defendants. | : | |

**REQUEST FOR PRODUCTION OF
DEFENDANT, HARRY M. FREEMAN, M.D.
<u>DIRECTED TO PLAINTIFF</u>**

The defendant requests the plaintiff to produce for examination and copying at the office of the attorney for defendant on or before thirty (30) days from receipt of this Request:

1. All documents referred to in Plaintiff's Answers to Interrogatories 1-19 filed simultaneously hereto.

2. Copies of all documents which are relevant, in whole or in part, to plaintiff's claim for personal injuries (including but not limited to medical reports and records).

3. Copies of all documents which are relevant, in whole or in part, to plaintiff's claim for lost wages.

4. If you claim any loss of income, loss of future income or impairment of earning capacity in this lawsuit, please produce your Federal and State income tax returns for the years 1980 through the present.

5. Copies of all bills and receipts evidencing payment of bills for which the plaintiffs seek compensation in this lawsuit.

6.  Copies of the curriculum vitae of all experts you intend to call at trial.

                ELZUFON, AUSTIN, REARDON,
                TARLOV & MONDELL, P.A.

                /S/<u>Jeffrey M. Austin</u>
                JEFFREY M. AUSTIN, ESQUIRE #2158
                300 Delaware Avenue, Suite 1700
                P.O. Box 1630
                Wilmington, DE 19899-1401
                (302) 428-3181
                Attorney for Defendant,
                Harry M. Freeman, M.D.

Dated: December 12, 2005
G:\Docs\CLIENT\31312\16115\pleading\00313691.DOC

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    )   SS.
NEW CASTLE COUNTY   )

    I, KAREN BRYSON LEWIS, secretary to JEFFREY M. AUSTIN, ESQUIRE, in the law firm of Elzufon Austin Reardon Tarlov & Mondell, P.A., do hereby certify that on the 10th day of February, 2003, two copies of the attached ***DEFENDANT, HARRY M. FREEMAN, M.D.'S, INTERROGATORIES DIRECTED TO PLAINTIFF and REQUEST FOR PRODUCTION*** were mailed to the following individual(s):

Jeffrey Alonzo Simms
SBI #198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

Daniel L. McKenty, Esquire
Dana M. Spring, Esquire
McCullough & McKenty, P.A.
1225 N. King St., Suite 1100
P. O. Box 397
Wilmington, DE 19899-0397

Ralph K. Durstein, III, Esquire
Depty Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

                                              /S/Karen Bryson Lewis
                                              KAREN BRYSON LEWIS

    SWORN TO AND SUBSCRIBED before me, a Notary Public, this 9th day of December, 2005.

                                              /S/Robin R. Robinson
                                              NOTARY PUBLIC