IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY ALONZO SIMMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1205-SLR |
| | : | JURY TRIAL OF 12 DEMANDED |
| HARRY M. FREEMAN, M.D., | : | |
| DONNA BURNS, DR., and | : | |
| MAJOR R. L. HUGHES, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, JEFFREY M. AUSTIN ESQUIRE, hereby certify that two copies of DEFENDANT, HARRY M. FREEMAN, M.D., INTERROGATORIES DIRECTED TO PLAINTIFF and REQUEST FOR PRODUCTION OF, DEFENDANT, HARRY M. FREEMAN, M.D., DIRECTED TO PLAINTIFF were served this date, by first class mail to the following individual(s):

Jeffrey Alonzo Simms
SBI #198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

Daniel L. McKenty, Esquire
Dana M. Spring, Esquire
McCullough & McKenty, P.A.
1225 N. King St., Suite 1100
P. O. Box 397
Wilmington, DE 19899-0397

Ralph K. Durstein, III, Esquire
Depty Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.
/S/Jeffery M. Austin
JEFFREY M. AUSTIN, ESQUIRE #2158
P.O. Box 1630
Wilmington, DE 19899-1401
(302) 428-3181
Attorney for Defendant, Harry M. Freeman, M.D.

Dated: December 12, 2005

G:\Docs\CLIENT\31312\16115\pleading\00313674.DOC