IN THE UNITED STATES DISTRIC COURT FOR THE DISTRICT OF DELAWARE

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977
(PLAINTIFF)

CIVIL ACTION CASE 04-941-SLR
AND CIVIL ACTION 04-1205-SLR

JANUARY 3-2006

V.

(DEFENDANT)

MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTIC ¢th FLOOR
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

STATE ATTORNEY GENERAL KEITH BRADY
DEPARTMENT OF JUSTIC
820 N. FRENCH STREET
WILMINGTON DELAWARE 19802

MOTION MEDICAL TREATMENT-IN AND WHILE IN A STATE PRISON

FEDERAL CODE 3041 . A
  1. EXHIBIT       UNABLE TO WORK
AND LACK OF MEDICAL CARE
  TO: THE HONORABL JUDGE SUE L. ROBINSON
AND CLEK CLERK OF THE COURT MR. PETER T. DALLEO
  UNITED STATES DISTRICT COURT 844 N. KING STREET LOCK BOX 18
M WILMINGTON DELAWARE 19801-3570

JEFFERY ALONZO SIMMS #198625
DELAWAEV CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DEAL DELAWARE 19810

RECEIVED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MR. JEFFREY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

---

TO WHOM IT CONCERN,

PLEASE BE ADVISED , I JEFFREY ALONZO SIMMS: HEREBY RESIGN AS A KITCHEN WORKER AT DELAWARE CORRECTIONAL CENTER MAIN KITCHEN TO ALL DEPARTMENT HEADS AND SUPERVISOR MS. MORRIS AS OF THE DATE HEREOF DATED IN THIS DOCUMENT

SINCERLEY,

MR. JEFFREY ALONZO SIMMS #198625
D-3-EAST

JUDGE SUE L. ROBINSON
AND CLASSIFICATION:

January 3-2006

