IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1205-SLR |
| | ) |
| M.D. HARRY M. FEEMAN, DR. | ) |
| DONNA BURNS and MAJOR R.L. | ) |
| HUGHES, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 10th day of February, 2006, having considered plaintiff's motions for protective order and miscellaneous relief;

IT IS ORDERED that said motions are denied as baseless. (D.I. 45, 47)  Although plaintiff's motions recite general, established rules of law, he has failed to articulate any grounds for application of these standards to his specific case at bar.[1]

                                        _____
                                        United States District Judge

---

[1] Plaintiff captions the motions as requests for relief, but fails to provide any facts or information detailing the reason for the motions.