IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1205-SLR |
| | ) |
| M.D. HARRY M. FEEMAN, DR. | ) |
| DONNA BURNS and MAJOR R.L. | ) |
| HUGHES, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 10th day of February, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. Defendant Dr. Donna Burns shall file her answer to the complaint no later than **March 8, 2006**.

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **June 8, 2006**.

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **July 10, 2006**.

Answering briefs and affidavits, if any, shall be filed on or before **August 10, 2006**. Reply briefs shall be filed on or before **August 24, 2006**.

                                                                     _____
                                                                       United States District Judge