MR.JEFFERY ALONZO SIMMS
(PLAINTIFF)

**ORIGINAL**
(DEFENDANT)
MR. DAN BURGER ATTORNEY GENERAL
MR. RALPH K. DURSTEIN DEPARTMENT OF JUSTIC
820. N. FRENCH STREET
WILMINGTON,DELAWARE 19801

CIVIL ACTION CASE. 04-941-SLR
AND CASE : 04-1205-SLR
DATED FEBRUARY 9-2006

```
┌─────────────────────────┐
│      F I L E D           │
│                          │
│      FEB 1 3 2006        │
│                          │
│    U.S. DISTRICT COURT   │
│   DISTRICT OF DELAWARE   │
└─────────────────────────┘
```

FEDERAL CODE
7 B 38

MOTION              FEDERAL CIVIL PROCEDURE
APPEARANCE   §  §  6, 13, 18-19, 21-22, 24, 30,34,39, 53.

1.a)    IN THE HONORABLE COURT, PLEASE BE ADVISED IN THE MOTION HEREOF

IN THE UNITED STATES DISTRICT COURT,TO THE HONORABLE JUUDGE SUE
L. ROBINSON AND TO THE HONORABLE CLERK PETER T. DALLEO,
MR. SIMMS COMES TO THE COURT ON FEBRUARY 9-2006 WITH THE FEDERAL CIVIL
PROCEDURE IN THE ABOVE CAPTION CASE, IN RESPONDS,THE FEBRUARY 16-2006;
COURT DATE IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE
19801-3570   MAY IT PLEASE THE COURT THE PLAINTIFF HAVE A
EFFECTIVE FILING DATE AND REQUEST APPEARANCE IN THE ABOVE MOTION
CIVIL ACTION; MONTGOMERY V. PINCHAK,294 F. 3d 492(3d CIR.2002)
GINEST V. BOARD OF COUNTY COM,rs. OF CARBON COUNTY? , 333 F.
SUPP. 2d 1190 (D. WD. 2004)

2.b)   HERE ATTACH THE CERTIFICATE OF SERVICE ON THE AFFIX DATED
APPEARANCE MOTION AND ITS ACKNOWLEDGMENT HEREOF

MOVANT,  MR.JEFFERY A. SIMMS   S.B.I. 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA,DELAWARE 19977

CIVIL ACTION CASE:04-941-SLR AND
CIVIL ACTION 04-1205-SLR

CERTIFICATE          OF          SERVICE

I, JEFFERY A. SIMMS, HEREBY   CERTIFY ON FEBRUARY 9-2006 HAVE SENT TRUE
    COPIES TO ALL PARTIES ON THE AFFIX   DATE HERETO AND NAMES HEREOF : THREW
UNITED STATES POSTAL SERVICE.

        THE DEFENDANTS ATTORNEY
    MR. RALPH K. DURSTEIN
    DEPARTMENT OF JUSTICE 6th FLOOR
    820 N. FRENCH STREET
    WILMINGTON,DELAWARE 19801

        THE ATTORNEY GENERAL
    DAN BURGER
        DEPARTMENT OF JUSTIC
        820 N. FRENCH STREET
    WILMINGTON,DELAWARE 19801

        HONORABLE JUDGE  SUE L. ROBINSON
        THE UNITED STATES DISTRICT COURT
            WILMINGTON DELAWARE
            LOCK BOX 18 844 KING STREET
    WILMINGTON DELAWARE 19801-3570
    ( CLERK MR. PETER T. DALLEO OF
        THE UNITED STATES DISTRICT COURT
        OF WILMINGTON DELAWARE 19801 35-70

MOVANT,
        MR. JEFFERY ALONZO   SIMMS S.B.I. 198625
        DELAWARE CORRECTIONAL CENTER
        1181  PADDOCK ROAD
        SMYRNA, DELAWARE 19977



IAM _Jeffrey Simms_
SBI# _198625_ UNIT _D-A-3East_
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue h. Robinson
Office Of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570