IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY ALONZO SIMMS,                               :
                                                    :
            Plaintiff,                              :       C.A. No. 04-1205-SLR
                                                    :
      v.                                            :
                                                    :       TRIAL BY JURY OF
                                                    :       TWELVE DEMANDED
HARRY M. FREEDMAN, M.D.,                            :
DONNA BURNS, DR., and                               :
MAJOR R. L. HUGHES,                                 :
                                                    :
            Defendants.                             :

## ORDER

AND NOW, TO WIT, this _____ day of _____, 2006, having

considered Defendant Harry M. Freedman, M.D.'s Motion for Summary Judgment and any

response thereto, the same is **GRANTED.**

      IT IS SO ORDERED.


                              _____
                                          JUDGE



G:\Docs\CLIENT\31312\16115\pleading\00325646.DOC