IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY ALONZO SIMMS, | : |
| | : |
| Plaintiff, | : C.A. No. 04-1205-SLR |
| | : |
| v. | : |
| | : TRIAL BY JURY OF |
| | : TWELVE DEMANDED |
| HARRY M. FREEDMAN, M.D., | : |
| DONNA BURNS, DR., and | : |
| MAJOR R. L. HUGHES, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on _February 22, 2006_ I electronically filed Defendant Harry M. Freeman, M.D.'s Motion for Summary Judgment with the Clerk of the Court using CM/ECF which will send notification on such filing(s) to the following:

Ralph K. Durstein, III, Esquire
Depty Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

Daniel L. McKenty, Esquire
Dana M. Spring, Esquire
McCullough & McKenty, P.A.
1225 N. King St., Suite 1100
P. O. Box 397
Wilmington, DE 19899-0397

I hereby certify on _February 22, 2006_ have mailed by United States Postal Service, the document(s) to the following non-registered participant:

Jeffrey Alonzo Simms
SBI #198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

(signature on next page)

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

_/s/ Jeffrey M. Austin_
JEFFREY M. AUSTIN – I.D. #2158
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Defendant Harry M. Freeman, M.D.

G:\Docs\CLIENT\31312\16115\pleading\00325375.DOC