# EXHIBIT A

09/28/2005  13:36   3026548661                NCRIC, INC-DELAWARE         4-25-04           PAGE 05/24

(Rev. 4/97)



# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**COPY** UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Jeffery Alonzo Simms
(Enter above the full name of the plaintiff in this action)

v.                                                    04-1205

Harry Freeman M. M.D.
Donna Burns Dr.
Major R.L. Hughes
(Enter above the full name of the defendant(s) in this action

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [✓]     NO [ ]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs Jeffery S Alonzo Simms

      Defendants Major R.L. Hughes oversees departmental operation in Kent and Sussex County, Col. Aaron Chaffinch

2. Court (if federal court, name the district; if state court, name the county) **SUPERIOR COURT OF SUSSEX COUNTY P.O. BOX 756 Del 1994**

3. Docket number **019992A**

4. Name of judge to whom case was assigned **Richard F. Stokes**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **its still pending**

6. Approximate date of filing lawsuit **6-20-2004**

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [✓]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? **Speak Lt. Strugress 84 shift SCI**

2. What was the result? **I was assaulted by correctional officer as a result**

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

F. If your answer is YES,

1. What steps did you take? **Speak to and written letter to warden no respons**

2. What was the result? **was assaulted again by officers at the institution**

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Jeffery Alonzo Simms
   Address P.O. Box 500 Georgtown Del. 19947

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant Harry Freeman M. is employed as Surgery Orthopedic M.D. at 808 Middleford Seafor Del. 19973

C. Additional Defendants Donna Burns Doctor Burns P.O. Box 500 Sussex Correctiona Institution Georgtown Delaware. 19947 Major RL Hughes Delaware State Police

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

on 8-24-04 Denied Emergency Treatment and Surgery As A Result Disfigure Maine Leg, Harry M. Freeman Doctor Donna Burns Misconception Injure, Major R.L. Hughes Delaware State Police

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

AWARD OR COMPENSATE ME 900,000,000 Nine Hundred Thousad PORTION FOR MEDICAL CONTINUL TREATMENT AND FOR PAIN AND SUFFERING AND DISSMISS DOCTOR OF THERE DUTIES, AND OFFICER INVOLE

Signed this __8__ day of __25__, 19 __2004__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__8-25-04__         _____
Date                (Signature of Plaintiff)

-4-

MR. JEFFERY ALONZO SIMMS #198625

SUSSEX CORRECTIONAL INSTITUTION

P.O. BOX 500

GEORGETOWN, DELAWARE  19947



TO: OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

LOCKBOX 18

844 KING STREET

U.S. COURTHOUSE

WILMINGTON, DELAWARE 19801

+ (302) 573-6170

---

Surgery - orthopedic, Harry M. M.D. 302-629-5501
808 Middleford Road Seaford
Seaford Delaware 19973

Doctor - General Surgery, Donna Burns P.H.A
Sussex Correctional Institution
P.O. Box 500
Georgetown Delaware 19947

Major Commander, R.L. Hughes Major
State police, Delaware
1441 N. Dupont Hwy
Dover Del 19901

Jeffery Simms 198625

RESPECTFULLY SUBMITTED
YOUR RESPONES WILL BE GREATLY APPRECIATED
SINCERELY

8-25-04

SS# ████████