IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

| | |
|---|---|
| MR. JEFFREY ALONZO SIMMS (PLAINTIFF)<br>V.<br>( DEFENDANTS )    ATTORNEY:<br>MR. CARL DAN BURGE<br>MR. RALPH K. DURSTEIN<br>DEPARTMENT OF JUSTICE<br>6 th FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CIVIL ACTION CASE :<br>04-941-SLR  AND  CASE<br>04-1205-SLR; DATED MARCH 14,<br>2006 |

FEDERAL CODE § 4109.    MOTION OF APPEARANCE AND VERIFICATION IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE.

MAY IT PLEASE THE COURT, TO THE HONORABLE CHIEF JUDGE SUE L. ROBINSON AND CLERK OF U.S.D.C. MR. PETER T. DALLEO,

1.a)    IN ACCORDANCE WITH SECTION 3006 A, OF TIS TITLE 4107 PLEASE BE ADVISED THE DEFENDANTS HAVE 10 DAYS TO RESPOND PURSUANT TO SUCH REGULATIONS AN APPOINTMENT IN A CIVIL ACTION CASE

2.b)    STATUS OF PLAINTIFF, MR. JEFFREY ALONZO SIMMS S.B.I. 198625 AND CLASSIFICATION UNDER 42 U.S.C. § 1983,

HEREBY AUTHORIZE THE HONORABLE CHIEF JUDGE SUE L. ROBINSON, REVIEW THE DOCUMENTS IN ACCORDANCE WITH FEDERAL LOCAL RULES GOVERNING STATE INSTITUTION PENALOGICAL SYSTEM ( AFFIRMATIVE STATUTE    )

3.c)    I HEREBY ATTACH to this DOCUMENT CERTIFICATE OF SERVICE WITH A EFFECTIVE FILING DATE

MR. JEFFREY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED
MAR 16 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT    OF    WILMINGTON DELAWARE

CIVIL ACTION 04-941-SLR
AND CIVIL ACTION 04-1205-SLR

DATED MARCH 14-2006

CERTIFICATE            OF            SERVICE

I, MR. JEFFREY ALONZO SIMMS, HEREBY SENT TRUE AND CORRECT COPIES ON THE AFFIX DATE OF MARCH 14-2006 HERETO THE NAMES DEFENDANTS AND ATTORNEY THREW THE UNITED STATES POSTAL SERVICE:

MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTICE 6th FLOOR
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

HONORABLE CHIEF JUDGE SUE L.
ROBINSON AND U.S.D.C. CLERK
MR. PETER T. DALLEO
LOCK BOX 18 844 KING STREET
WILMINGTON, DELAWARE 19801-3570

THE ATTORNEY GENERAL
MR. CARL DAN BURGE
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

ATTORNEY AT LAW
MR. WARREN BROWN P.A.
32716 CALVERT STREET
BALTIMORE CITY
BALTIMORE, MARYLAND 21202

MR. JEFFREY alonzo SIMMS 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK road
SMYRNA, DELAWARE 19977

```
                                         CIVIL ACTION    CASE 04-941- SLR
                                         CIVIL ACTION    CASE 04-1205-SLR

                                         DATED    MARCH  14-2006
```

MR. JEFFREY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19801

( PLAINTIFF )

---

TO WHOM IT MAY CONCERN : (PLEASE BE ADVISED,

AFTER CAREFULLY CONTACTING THE APPROPRIATED MEDICAL STAFF AND OF THE ABOVE DATE EFFECTIVELY RETURNING TO WORK, UNDER THE CIRCUMSTANCE WORK AND MEDICAL TREATMENT COEXIST, CONSIDERATION WILL BE MOST APPRECIATIVE

MR. JEFFRY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

CLASSIFICATION
MS. MINNOR

FOOD SERVICE

SUPERVISED LT. MORRIS

HONORABLE JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT COURT
LOCK BOX 18 844
KING STREET
WILMINGTON DLAWARE 19801 -3570

I/M Jeffrey Sims
SBI# 198625 UNIT D-B-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"S.M.S.
RAY"



Honorable Judge Sue L. Robinson
United States District Court
Lock Box 18  844 King Street
Wilmington, Delaware
19801-3570

