IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY ALONZO SIMMS, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1205-SLR |
| | : | |
| v. | : | |
| | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| HARRY M. FREEDMAN, M.D., | : | |
| DONNA BURNS, DR., and | : | |
| MAJOR R. L. HUGHES, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT HARRY M. FREEDMAN, M.D.'S
RESPONSE TO PLAINTIFF'S MOTION**

COMES NOW, defendant Harry M. Freedman, M.D. (hereinafter referred to as "Dr. Freedman"), by and through undersigned counsel, hereby responds to plaintiff's Motion and states as follows:

1. This Motion is unintelligible and Dr. Freedman is unable to file a response thereto.

> ELZUFON AUSTIN REARDON
> TARLOV & MONDELL, P.A.
>
>
> /S/Diane M. Andrews
> DIANE M. ANDREWS, ESQUIRE #4067
> 300 Delaware Avenue, Suite 1700
> P.O. Box 1630
> Wilmington, DE 19899-1630
> (302) 428-3181
> Attorney for Dr. Freedman

DATE: March 22, 2006
G:\Docs\CLIENT\31312\16115\pleading\00331087.DOC