IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

| | |
|---|---|
| MR. JEFFREY ALONZO SIMMS<br>(PLAINTIFF)<br>VS<br>(DEFENDANTS)<br>ATTORNEYS FOR THE DEFENDANTS:<br>AND CO-COUNSEL<br>ATTORNEY GENERAL MR. CARL DAN BURGE<br>OF THE STATE OF DELAWARE:<br>MR. HARRY M. FREEMAN M.D. SURGERY ORTHOPEDIC<br>SEAFORD DELAWARE: AND CIVIL ACTION CASE;<br>CO-EXIST MS. DONNA BURS DEPARTMENT OF CORRECTIONS<br>STATE OF DELAWARE.<br><br>AND ASSOCIATE AND FORMER STATE POLICE OF DELAWARE<br>COMMANDER AND CHIEF COL. L. AARON CHAFFINCH<br>AND LT. COL. THOMAS F. MACLEISH AND<br>MAJOR P.L. HUGHES OF THE DELAWARE STATE POLICE | CIVIL ACTION CASE:<br>04-1205-SLR<br><br>DATED APRIL 11-2006 |

§ 968, 1165, 1166.        FAIRNESS    HEARING



FILED
APR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE ACCORDANCE WITH DUE PROCESS AND JUDICIAL AND CONSTITUTIONAL LAW OF THE UNITED STATES IN THE ABOVE CAPTION CASE CIVIL ACTION:

PLEASE BE ADVISED TO THE HONORABLE JUDGE SUE L. ROBINSON: AND CLERK OF THE COURT MR. PETER T. DALLEO,

MAY IT PLEASE THE COURT THE PLAINTIFF REQUEST A FAIRNESS HEARING AT THE FOLLOWING LOCATION TO BE HELD BEFORE THE HONORABLE SUE L. ROBINSON IN MAIN COURT ROOM AT THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE LOCK BOX 18  844 KING STREET ON APRIL 25,2006,10;00am. (THE "FAIRNESS HEARING"), TO DETERMINE WHETHER THE PROPOSED SETTLEMENT IS FAIR, ADEQUACY OR ADEQUATE AND REASONABLE AND SHOULD BE APPROVE; AND WHETHER AN AWARD OF COUNSEL FEES, COST, AND CLAIM UPGRADED JURISDICTIONAL AMOUNT IN EQUITY, AND RECOVERY OF MORE THAN 75,000, THE PLAINTIFF INITIALLY SEEKS THE UETIMATELY RECOVERS THE CLAIMANT HAVE PROVE AMOUNT BY PREPONDERANCE OF EVIDENCE EVIDENCE INTERVENING THE PLAINTIFF BEARS BURDEN OF ESTABLE ESTABLISHING SUBJECT MATTER JURISDICTION THE PLAINTIFF IS ACTUALLY ENTITLED TO SUCH A-MOUNT AND OF RELIEF ON THE MERITS WOULD BE GRANTED WITH FEDERAL JURISDICTION JURISDICTION IN GOOD FAITH CLAIM.

PETITIONER,MOVANT     MR. JEFFREY ALONZO SIMMS s.b.i. # 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

---

CIVIL ACTION NO.04-1205-slr
DATED APRIL 11-2006

CERTIFICATE      OF      SERVICE

I, MR. JEFFREY ALONZO SIMMS          , HEREBY SENT TRUE COPIES THREW
                                       (ON APRIL 11-2006 FIRST CLASS MAIL)
THE UNITED STATES POSTAL SERVICE AND CONTACTED ALL PARTIES
THREW THE UNITED STATES POSTAL SERVICE IN THE ABOVE CIVIL ACTION CASE
SINCERLEY,
       YOU MAY, BUT ARE NOT REQUIRED TO ATTEND THE FAIRNESS HEARING.
DEPARTMENT OF JUSTICE
                                     PROTHONTARY OFFICE OF SUSSEX COUNTY
    ATTORNEY GENERAL:                P.O. BOX 756
MR. CARL DAN BURGE                   GEORGETOWN, DELAWARE 19947

820 N.FRENCH STREET                  MR.MARK D. COLLINS (NO.2981)
WILMINGTON, DELAWARE 19801           MR.JASON MADRON (NO.4431)
                                     MR.RICHARDS,LAYTON AN FINGER, P.A.
SUPERIOR COURT OF SUSSEX COUNTY      ONE RODNEY SQUARE
HONORABLE JUDGE RICHARD STOKES       P.O.BOX 551
P.O. BOX 756                         WILMINGTON,DELAWARE 19899
GEORGETOWN, DELAWARE 19947           (302) 651-7700

  ( CASE NO;0207014771 )             UNITED STATES DISTRICT COURT
                                     HONORABLE JUDGE SUE L. ROBINSON
DEPUTY ATTORNEY GENERAL              MR. PETER T. DALLEO CLERK U.S.D.C.
MS.MELANIE WITHERS                   LOCK BOX 18  844
DEPARTMENT OF JUSTICE                KING STREET
114 E MARKET STREET                  WILMINGTON DELAWARE 19801-3570
GEORGETOWN,DELAWARE 19947            302-573-6170

              PETITIONER,MOVANT _____
                                  MR.JEFFREY ALONZO SIMMS S.B.I. 198625
                                  DELAWARE CORRECTIONAL CENTER
                                  1181 PADDOCK ROAD
                                  SMYRNA, DELAWARE 19977
                                  HOME PHONE 302 658-4919
                                           (MS.MARLENE )



I/M JEFFREY SIMMS
SBI# 198625 UNIT Q-3-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 APR 2006 PM 1 T

United States District Court
Honorable Judge Sue L. Robinson
Mr. Peter T. Dalleo Clerk U.S.D.C.
Lock Box 18   844 King Street
Wilmington Delaware  19801-3570