IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY ALONZO SIMMS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 04-1205-SLR |
| | : JURY TRIAL OF 12 DEMANDED |
| HARRY M. FREEDMAN, M.D., | : |
| DONNA BURNS, DR., and | : |
| MAJOR R. L. HUGHES, | : |
| | : |
| Defendants. | : |

**NOTICE OF SERVICE**

    I, DIANE M. ANDREWS, ESQUIRE, hereby certify that two copies of DEFENDANT, HARRY M. FREEDMAN, M.D., RESPONSE TO PLAINTIFF'S MOTION were served via e-filing to the following individual(s):

Jeffrey Alonzo Simms
SBI #198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

Daniel L. McKenty, Esquire
Dana M. Spring, Esquire
McCullough & McKenty, P.A.
1225 N. King St., Suite 1100
P. O. Box 397
Wilmington, DE 19899-0397

Ralph K. Durstein, III, Esquire
Depty Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

/S/Diane M. Andrews
DIANE M. ANDREWS, ESQUIRE #4067
P.O. Box 1630
Wilmington, DE 19899-1401
(302) 428-3181
Attorney for Defendant,
Harry M. Freedman, M.D.

Dated: April 24, 2006
G:\Docs\CLIENT\31312\16115\pleading\00336608.DOC