IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF WILMINGTON DELAWARE

MR. JEFFREY ALONZO SIMMS #198625

(PLAINTIFF)

V.

(DEFENDANTS)
DOCTOR DONNA BURNS, M.D.
MR. HARRY M. FREEMAN M.D. ORTHOPEDIC
ASSOCIATE COMMANDER COL. L. AARON
CHAFFINCH, AND
STATE POLICE STAFF
LT. COL. THOMAS F. MACLEISH §2347
MAJOR R.L. HUGES OF THE DELAWARE
STATE POLICE

CIVIL ACTION CASE
04-1205 SLR

DATED APRIL 27-2006

PLEASE FILE

MOTION

THE PLAINTIFF HAS PROVED ITS DAMAGES

EXHIBIT A, B, C, D,

MAY IT PLEASE THE COURT, ON THIS DAY IN THE ABOVE CAPTION CASE IN RESPECT TO THE HONORABLE JUDGE SUE L. ROBINSON OF THE UNITED STATES DISTRICT COURT AND MR. PETER T. DALLEO: (LOCK BOX 18 844 KING STREET WILMINGTON DELAWARE 19801-3570.

EXHIBIT A, THE DECISION IN THIS CASE EXPANDS FEDERAL HABEAS CORPUS REVIEW OF RELIEF GOVERNING STATE CONVICTIONS MR. SIMMS HAS REMAINED IN CUSTODY THROUGHOUT THE FEDERAL PROCEEDINGS IN-FACT THE RECORDS WILL REFLECT STATE PROSECTORS DEPARTED FROM THE ACCEPTED CONSTITUTIONAL PRINCIPLES AND STATUTORY REQUIREMENTS AS TO CALL FOR REVIEW BY THIS COURT.

EXHIBIT B, GIVEN THE FINDING, THE MISCONDUCT INVOLVING THE DEFENDANTS AS NOTED, TO OVERCOME THIS INESCAPABLE CONCLUSION MR. SIMMS REQUEST THAT THE CHIEF JUDGE SUE L. ROBINSON SERIOUSLY GRANT RELIEF, AND EXONERATE THE CLAIMANT SENTENCE; (ORDER BY THE HONORABLE JUDGE, MR. RICHARD STOKES OF THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE P.O. BOX 756 GEORGETOWN, DELAWARE 19947 CASE 0207014771.)

EXHIBIT C, IN THE PENOLOGY SYSTEM OF THE DEPARTMENT OF CORRECTION, THE STATE OF DELAWARE (MR. HARRY M. FREEMAN M.D. SURGERY, ORTHOPEDIC AS A DEFENDANTS IN THE CASE AND DONNA BURNS CHIEF DOCTOR OF THE DEPARTMENT OF CORRECTION HERE IN DELAWARE PENAL CODE SYSTEM CO-EXIST IN THE DENIAL URGENT MEDICAL CARE AND TREATMENT OF THE PLAINTIFF THE RECORDS WILL REFLECT A PREPONDERANCE OF EVIDENCE JULY 21-2002.

EXHIBIT D, ON THE ABOUNT DATE AND TIME JULY 21-2002, 3.00 P.M. THE DELAWARE STATE POLICE DID UNLAWFULLEY CAUSE DENIAL OF MEDICAL TREATMENT THE RECORDS REFLECT THE FINDINGS.

SINCERLEY

MOVANT MR. JEFFREY ALONZO SIMMS
MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

DATED APRIL 27-2006

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

---

CIVIL ACTION 04-1205 SLR
DATED APRIL 27-2006

2346.

CERTIFICATE          OF          SERVICE

I, JEFFREY ALONZO SIMMS, HEREBY SENT TRUE COPIES THREW THE UNITED STATES POSTAL SERVICE ON APRIL 27-2006, FIRST CLASS MAIL, AND CONTACTED ALL PARTIES THREW THE UNITED STATES POSTAL SERVICE IN THE ABOVE CIVIL ACTION CASE. SINCERLEY,

PLEASE BE ADVISED A MOTION HAVE BEEN FILED IN THE ABOVE CAPTION CASE, (CERTIFICATION OF RECORD ON REVIEW SECTION 2112 OF THIS TITLE)

ATTORNEY GENERAL:
MR. CARL C. DANBURGE
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801.

SUPERIOR COURT OF SUSSEX COUNTY
HONORABL JUDGE RICHARD STOKES
P.O. BOX 756
GEORGETOWN, DELAWARE 19947
(CASE 0207014771)

DEPUTY ATTORNEY GENERAL
MS. MELANIE WITHERS
DEPARTMENT OF JUSTICE
114 E. MARKET STREET
GEORGETOWN, DELAWARE 19947.

UNITED STATES DISTRICT COURT
OF WILMINGTON DELAWARE
HONORABLE CHIEF JUDGE
SUE L. ROBINSON AND U.S.D.C.
CLERK MR. PETER T. DALLEO
LOCK BOX 18   844
KING STREET
WILMINGTON DELAWARE 19801-3570.

PROTHONTARY OFFICE OF SUSSEX COUNTY
P.O. BOX 756
GEORGETOWN, DELAWARE 19947
MR. MARK D. COLLINS (.2981)
MR. JASON MADRON (.4431)
MR. RICHARD, LAYTON AN FINGER, P.A.
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON DELAWARE 19899
302- 651 -7700

SINCERLEY,

MOVANT, MR. JEFFREY ALONZO SIMMS S.B.I. 198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
HOME PHONE 302+ 658-4919
(MARLENE JONES)

