IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY ALONZO SIMMS,                         :
                                              :
                      Plaintiff,              :        C.A. No. 04-1205-SLR
                                              :
          v.                                  :
                                              :        TRIAL BY JURY OF
                                              :        TWELVE DEMANDED
HARRY M. FREEDMAN, M.D.,                       :
DONNA BURNS, DR., and                          :
MAJOR R. L. HUGHES,                            :
                                              :
                      Defendants.             :

## DEFENDANT HARRY M. FREEDMAN, M.D.'S
## RESPONSE TO PLAINTIFF'S MOTION

COMES NOW, defendant Harry M. Freedman, M.D. (hereinafter referred to as

"Dr. Freedman"), by and through undersigned counsel, hereby responds to plaintiff's

Motion asserting that plaintiff has proved its damages, docketed on May 1, 2006, and

states as follows:

1.      This Motion is unintelligible and Dr. Freedman is unable to file a response

        thereto.

                                        ELZUFON AUSTIN REARDON
                                        TARLOV & MONDELL, P.A.

                                        /S/Diane M. Andrews
                                        DIANE M. ANDREWS, ESQUIRE #4067
                                        300 Delaware Avenue, Suite 1700
                                        P.O. Box 1630
                                        Wilmington, DE 19899-1630
                                        (302) 428-3181
                                        Attorney for Dr. Freedman

DATE: May 4, 2006
G:\Docs\CLIENT\31312\16115\motions\00338054.DOC