IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY ALONZO SIMMS,<br><br>        Plaintiff,<br><br>v.<br><br>HARRY M. FREEDMAN, M.D.,<br>DONNA BURNS, DR., and<br>MAJOR R. L. HUGHES,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 04-1205-SLR<br>:   JURY TRIAL OF 12 DEMANDED<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

    I, DIANE M. ANDREWS, ESQUIRE, hereby certify that DEFENDANT, HARRY M. FREEDMAN, M.D.'s, RESPONSE TO PLAINTIFF'S MOTION (docket #80) was served via e-filing to the following individual(s):

Jeffrey Alonzo Simms
SBI #198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

Daniel L. McKenty, Esquire
Dana M. Spring, Esquire
McCullough & McKenty, P.A.
1225 N. King St., Suite 1100
P. O. Box 397
Wilmington, DE 19899-0397

Ralph K. Durstein, III, Esquire
Depty Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

                      ELZUFON, AUSTIN, REARDON,
                      TARLOV & MONDELL, P.A.

                      <u>/S/Diane M. Andrews</u>
                      DIANE M. ANDREWS, ESQUIRE #4067
                      P.O. Box 1630
                      Wilmington, DE 19899-1401
                      (302) 428-3181
                      Attorney for Defendant,
                      Harry M. Freedman, M.D.

Dated: May 4, 2006
G:\Docs\CLIENT\31312\16115\pleading\00338400.DOC