IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

```
                                        CIVIL ACTION 04-1205 SLR
MR. JEFFREY ALONZO SIMMS                MAY 18 -2006
     (PLAINTIFF)                        MAY 18-2006
     VS
  (DEFENDANTS)                          PLEASE FILED
```

ATTORNEYS FOR THE DEFENDANTS:
AND COUNSEL  ATTORNEY GENERAL MR. DANBURGER  CARL,
OF THE STATE OF DELAWARE,
 AND THE DEPARTMENT OF CORRECTION OF DELAWARE
MS. DONNA ROBTHER  BURNS
AND MR. HARRY FREEMAN

 AND ASSOCIATE  STATE POLICE OF DELAWARE
  COMMANDER  AND CHIEF CHIEF COL. L. AARON
CHAFFINCH AND LT. COL. THOMAS F. MACLEISH AND
MAJOR R.L. HUGHES OF THE DELAWARE STATE POLICE

SSSSSS 3184        PURPOSE     MOTION
 CODE              OF REVIEW PARTICULAR PENAL  SANCTIONS AND ARTIFICE

MAY IT PLEASE THE COURT THE PLAINTIFF ENTERED A PURPOSE MOTION

 PLEASE BE ADVISED THE DEFENDANTS IN THE ABOVE CAPTION CASE,
04-1205 SLR AND IN HABEAS CORPUS PROCEEDINGS THE PLAINTIFF REQUEST THAT THE
HONORABLE JUDGE SUE L. ROBINSON 1.) A SECURE THE MOVANT RELEASE FROM
EXTRADITION AND FORGERY COMMITTED BY THE DEFENDANTS AND  DENIAL OF MEDICAL
TREATMENT WHILE IN A STATE PRISON,
         2.) B. CERTIFICATION OF RECORD, PRACTICE AND PROCEDURE
ON EXTRADITION,  UNDER THIS SECTION, DUY DUTY TO CERTIFY RECORD
TO STATE DEPARTMENT FALLS NOT UPON PARTIES BUT UPON EXTRADITING MAGISTRATE
   IN RE U.S., C.A. 5 (TEX.) 91 1983,  713 F.2D 105.
THIS MOTION IS HEREBY TRUE AND CORRECT UNDER PERJURY OF LAW
                                     ,UNDER PENILTY OF  PERJURY

MR. JEFFREY ALONZO SIMMS #9   #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977    410-754-7760

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

CIVIL ACTION CASE 04-1205-SLR
DATED MAY 18-2006

CERTIFICATE OF SERVICE

I, MR. JEFFREY ALONZO SIMMS, HEREBY SENT TRUE COPIES THREW, THE UNITED STATES POSTAL SERVICE ON MAY 18-2006 FIRST CLASS MAIL AND CONTACTED ALL PARTIES IN THE ABOVE CIVIL ACTION CASE 04-1205-SLR
SINCERLEY,

MR. RALPH K. DURSTEIN III
DEPARTMENT OF JUSTICE
820 n.
FRENCH STREET 6th FLOOR
WILMINGTON DELAWARE 19801

SUPERIOR COURT OF SUSSEX COUNTY
HONORABLE JUDGE RICHARD STOKES
P.O. BOX 756
GEORGETOWN, DELAWARE 19947
(CRIMNAL CASE )@
( 0207014771   CASE COURT )

DEPUTY ATTORNEY GENERAL
MS. MELANIE WITHERS
DEPARTMENT OF JUSTICE
114 E. MARKET STREET
GEORGETOWN, DELAWARE 19947

UNITED STATES DISTRICT COURT OF DEL.
THE HONORABLE JUDGE SUE L. ROBINSON
AND CLERK MR. PETER T. DALLEO U.S.D.C.
LOCK BOX 18 844
KING STREET
WILMINGTON, DELAWARE 19801-3570

ATTORNEY GENERAL
MR. CARL DANBURGER
820 N. FRENCH STREET 19801
WILMINGTON, DELAWARE 19801

PROTHONTARY OFFICE OF SUSSEX COUNTY
P.O. BOX 756
GEORGETOWN, DELAWARE 19947

MR. JEFFREY ALONZO SIMMS 198625
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
410-754-7760



I/M JEFFREY Simms
SBI# 198625  UNIT W-1-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
MR. Peter T. Dalleo
United States District Court of Wilmington
Honorable Judge Sue L. Robinson
Lock Box 18 844 N. King Street
Wilmington Delaware 19801-3570