IN THE UNITED STATES DISTRICT COURT

FOR THE **WILMINGTON** DISTRICT OF **WILMINGTON DELAWARE**

FULL NAME OF PRISONER LISTED
IN THE SUMMONS AND COMPLAINT
**Jeffrey Alonzo Simms**
        Plaintiff

v.                            CIVIL ACTION NO: **04-1205-SLR**

FULL NAME OF FIRST DEFENDANT
LISTED IN SUMMONS/COMPLAINT,
et alia **Reberta Donna Burns**
**Harry M. Freeman** Defendants
**Col. L. Arron Chaffinch**
**Lt. Col. Thomas F. MacLeish**
**Major R.L. Hughes**

STATE OF **Delaware**
                              ss.: **0207014771**
COUNTY OF **New Castle**

AFFIDAVIT

(Full name of prisoner or other person making the statement), being duly sworn, deposes and says:

I, **Jeffrey Alonzo Simms, duly sworn on this day May 18-2006 and deposes and say; that the defendants i this affidavit did cause damage to the plaintiff on 9-21-2002, and denial of medical treatment and continuosly while in a state prison in state of Delaware**

(Signature of Affiant) **Jeffrey Simms**
(Name of affiant-person who made the statement)

Subscribed and sworn to before me this **18** day of **May**, **2006**.

NOTARY

**Delaware Correctional Center Paddock Road**