# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

ATTORNEYS & COUNSELORS AT LAW

JOHN A. ELZUFON
JEFFREY M. AUSTIN
MARK L. REARDON
EDWARD A. TARLOV
SCOTT R. MONDELL
H. GARRETT BAKER
ROBERT H. RICHTER
COLLEEN D. SHIELDS
CHARLES J. BROWN, III
JOEL M. DONER
ROGER L. TRUEMPER

BARBARA S. DANBERG
SCOTT A. SIMPSON
CHRISTIAN G. MCGARRY
DIANE M. ANDREWS
KATE G. SHUMAKER
MATTHEW P. DONELSON
ANDREA C. RODGERS
DANIEL F. TYRRELL, JR.
PENELOPE B. O'CONNELL (PA/NJ)
KRISTA M. REALE
THOMAS D. BIELLI (PA)

300 DELAWARE AVENUE
SUITE 1700, P.O. BOX 1630
WILMINGTON, DELAWARE, 19899-1630
PHONE: 302.428.3181
FACSIMILE: 302.428.3180
INTERNET: WWW.ELZUFON.COM
WRITERS E-MAIL: DANDREWS@ELZUFON.COM

SENIOR COUNSEL:
FRANCIS J. TRZUSKOWSKI
JAMES F. KIPP

June 6, 2006

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

        RE: *Simms v. Freedman, et al.*
        C.A. No. 04-1205 SLR

Dear Judge Robinson:

    I write on behalf of my client in the above referenced matter, Dr. Harry Freedman. As Your Honor is aware, plaintiff Jeffrey Simms initiated this matter in July 2004. An Answer to the Complaint was filed on behalf of Dr. Freedman on October 5, 2005. Subsequently, on February 22, 2006 a Motion for Summary Judgment was filed on behalf of Dr. Freedman. Mr. Simms was served with a copy of this Motion. To date, Mr. Simms has not responded to Dr. Freedman's Motion for Summary Judgment. Accordingly, Dr. Freedman contends that this Motion should be deemed unopposed and respectfully requests that it be granted.

The Honorable Sue L. Robinson
*Simms v. Freedman*
C.A. No. 04-1250 SLR
June 6, 2006
Page 2 of 2

    In the event that Your Honor would prefer oral argument on this Motion, I am available to proceed at the convenience of the Court.

    On behalf of Dr. Freedman, thank you for your consideration of this request.

Very truly yours,

DIANE M. ANDREWS

CC: Jeffrey Simms
    Daniel L. McKenty, Esquire
    Dana M. Spring, Esquire
    Ralph K. Durstein, III, Esquire
    Jeffrey M. Austin, Esquire
    Harry Freedman, M.D. (personal and confidential)
    Steve Seitzman (file no. 5315-1)

G:\Docs\CLIENT\31312\16115\let\00343383.DOC