## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFERY ALONZO SIMMS | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1205-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. HARRY M. FREEMAN, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF
## BY DEFENDANT ROBERTA F. BURNS, M.D.

The defendant requests the plaintiff to produce for examination and copying at the office of the attorney for defendant on or before thirty (30) days from receipt of this Request:

1. All documents referred to in Plaintiff's Answers to Interrogatories filed simultaneously hereto.

2. Copies of all documents which are relevant, in whole or in part, to plaintiff's claims for medical malpractice, Eighth Amendment violations and deliberate indifference.

3. Copies of all documents which are relevant, in whole or in part, to plaintiff's claims of special and general damages (including future lost wages claimed).

4. Please produce your Federal and State income tax returns for the years 1996 through the present.

5. Copies of all bills and receipts evidencing payment of bills for which the plaintiffs seek compensation in this lawsuit.

6. Copies of the curriculum vitae and reports of all experts you intend to call at trial.

                                                **MCCULLOUGH & MCKENTY, P.A.**

                                                /s/ Dana Spring Monzo
                                                Daniel L. McKenty, Del. Bar No. 2689
                                                Dana Spring Monzo, Del Bar No. 4605
                                                1225 N. King Street, Suite 1100
                                                P.O. Box 397
                                                Wilmington, DE 19899-0397
                                                (302) 655-6749
                                                Attorneys for Defendant Roberta F. Burns M.D.

June 8, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFERY ALONZO SIMMS | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1205-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. HARRY M. FREEMAN, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that, on this date, one copy of the attached *Request for Production Directed to Plaintiff by Defendant Roberta F. Burns, M.D.* was served, electronically (and one copy by mail), on the following individuals:

Jeffrey M. Austin, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Ralph K. Durstein, III, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

Jeffery Alonzo Simms
SBI # 198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, Del Bar No. 4605

June 8, 2006