IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JEFFREY ALONZO SIMMS,        )
                             )
       Plaintiff,            )
                             )
   v.                        )   Civ. No. 04-1205-SLR
                             )
HARRY M. FREEMAN, M.D.,      )
DONNA BURNS, M.D., and       )
MAJOR R.L. HUGHES,           )
                             )
       Defendants.           )

**O R D E R**

At Wilmington this 15th day of June, 2006, having received a letter from counsel for defendant Dr. Freeman, and having received a less than respectful telephone call regarding same;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 67), filed within two weeks of the court's scheduling order that allowed for and contemplated a discovery period to conclude on June 8, 2006 (D.I. 64), shall not be addressed by the court until after August 10, 2006, the date established by the court for the pro se plaintiff to respond to any motions for summary judgment.

IT IS FURTHER ORDERED that the court will not entertain any

further telephone calls by counsel in this case.

_____
United States District Judge