IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINTON DELAWARE

MR. JEFFREY ALONZO SIMMS S.B.I. #198625　　CIVIL ACTION
DELAWARE CORRECTIONAL CENTER　　　　　　04-1205-SLR
1181 PADDOCK ROAD　　　　　　　　　　　　DATED( 6-15-2006)
SMYRNA, DELAWARE 19977
(PLAINTIFF)

VS.

(DEFENDANTS):

Mr. Harry Freeman 808 Middle Road
Seaford Delaware
19973
Department of Correction for the State of Delaware
Chief of Staff  ms. Donna Robberts Burns

PETITION IN RESPONDS OF SUMMARY JUDGEMENT:
CLARIFICATION IN THE LEGAL DOCUMENT OF THIS PETITION
HERE-WITHIN CIVIL ACTION CASE

TO: THE HONORABLE CHIEF JUDGE SUE, L. ROBINSON, AN U.S.D.C. MR. PETER T,
DALLEO OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
WILMINGTON DELAWARE 19801-3570 (302) 573-6170

RECEIVED
JUN 26 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE

PETITIONER, PRO SE _[signature]_
CIVIL ACTION CASE, MR. JEFFERY ALONZO SIMMS S.B.I. #198625
DELAWARE CORRECTION CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977.

HOME PHONE 410-754-7760

Attorney General of the State of Delaware
Mr. Carl Dan Bugle
Department of Justice 820 N. French Street
Wilmington Delaware
19801-

CIVIL ACTION 04-1205-SLR
DATED 6-15-2006

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977
(PLAINTIFF)

VS.

(DEFENDANTS)

DELAWARE STATE POLICE:
COMMANDER, AND CHIEF COL. AARON CHAFFINCH AND
LT. COL. THOMAS F. MACLEISH AND FORMER ASSOCIATE
CHIEF MAJOR R.L. HUGES
DEPARTMENT OF CORRECTION FOR THE STATE OF DELAWARE
M.D. DOCTOR BURNS-DONNA ROBHIER, AND ASSOCIATE
ORTHOPEDIC SURGERY M.D. MR. HARRY FREEMAN 808 MIDDLE
ROAD SEAFORD DELAWARE 19973.
ATTORNEY GENERAL OF THE STATE OF DELAWARE MR. CARL DANBURGER,
DEPARTMENT OF JUSTICE 820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801.

PETITION FOR BILL OF PARTICULAR OF LEGAL
DOCUMENT IN CIVIL ACTION CASE

18 USCA § 1658 (B).    EXHIBIT, 1,2, A,B,

NOW COMES THE PLAINTIFF, IN THE SUBJECT MATTER CASE,
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON,
DELAWARE BEFORE THE CHIEF HONORABLE JUDGE SUE L. ROBINSON, AND CLERK OF
U.S.D.C. MR. PETER T. DALLEO

1.A)            PLEASE BE ADVISED, THE PLAINTIFF MR. JEFFREY ALONZO
SIMMS, COMES BEFORE THE COURT, WITH THE BILL OF PARTICULAR SO THAT THE RECORDS
WILL CO-EXIST AND REFLECT ITS SELF IN THE CIVIL ACTION CASE(04-1205-SLR)
        WITH-IN THE CRIMINAL JUSTIC SYSTEM THE PLAINTIFF
BEING HELD THREW THE ARTIFICE, OBSTRUCTING JUSTICE BY MEANS OF BAD-FAITH,
    ALSO IN THE ABOVE CAPTION CASE, MEDICAL-EMERGENCY EXCEPTION
THE DELAWARE STATE POLICE WITH-HELD TREATMENT AND FALSIFYING A RECORD
18 USCA §§ 1506,. 2071, 2073; m.
        THE DEFENDANT ATTRIBUTTED, IN THE ABOVE CAPTION CASE
IN THE DENIAL OF MEDICAL-EMERGENCY TREATMENT AND CO-EXIST TOGETHER, THE
        TITLE IN THE CRIMINAL CASE(0207014771)
AND RECORDS, ANTRANSCRIPTS AN TRANSCRIPTS DATED JULY-18-2002
    THE PLAINTIFF DIRQ DIRECT THE COURT TO RECIEVE THE OFFICIAL RECORDS.
    PETITIONER, __ MR. JEFFREY ALONZO SIMMS #198625
                    DELAWARE CORRECTIONAL CENTER   Sincerly
                    1181 PADDOCK ROAD
                    SMYRNA, DELAWARE 19977

2.B) ADDITIONAL ADDRESS AND PAGE (2) OF PETITION ATTACH HERETO,
OF EXHIBIT 2-B,

CIVIL ACTION 04-1205-SLR
DATED JUNE 15-2006

CERTICATE OF SERVICE
I, JEFFREY ALONZO SIMMS# 198625, HAVE SENTN TRUE COPYS THREW THE UNITED STATES POSTAL SERVICE FIRST CLASS TO ALL PARTIES IN THE CIVIL ACTION CASE TO BE CORRECT ON THIS DAY JUNE 15-2006 AND ADDRESS HERETO ;

MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTICE
820 n.
FRENCH STREET 6TH FLOOR
WILMINGTON, DELAWARE 19801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WILMINGTON DELAWARE
CHIEF HONORABL JUDGE SUE L. ROBINSON
U.S.D.C. CLERK MR. PETER T. DALLEO
LOCK BOX 844 KING STREET
WILMINGTON DELAWARE, 19801-3570.
6600 (302) 573-6170

ATTORNEY GENERAL FOR THE STATE OF DELAWARE
MR. CARL DAN BURGE
DEPARTMENT OF JUSTICE
820 n.
FRENCH STREET
WILMINGTON, DELAWARE 19801

SUPERIOR COURT OF SUSSEX COUNTY

HONORABLE JUDGE RICHARD STOKES P.O. BOX 756
GEORGETOWN, DELAWARE 19947.

SURGERY- ORTHOPIC:
HARRY M. FREEMAN
808 MIDDLEFORD ROAD
SEAFORD DELAWARE 19973

M.D. (DOCTOR MS. DONNA REBERTHER BURNS)
DEPARTMENT OF CORRECTION
FOR THE STATE OF DELAWARE CHIEF OF
MEDICAL STAFF
P.O. BOX 500
GEORGETOWN, DELAWARE 19947.

Sincerely

PETITIONER MR. JEFFERY ALONZO SIMMS 198625 S.B.I.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

CIVIL ACTION 04-1205-SLR
DATED 6-15-2006

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977
(PLAINTIFF)

VS.

(DEFENDANTS)

DELAWARE STATE POLICE:
COMMANDER, AND CHIEF COL. AARON CHAFFINCH AND
LT. COL. THOMAS F. MACLEISH AND FORMER ASSOCIATE
CHIEF MAJOR R.L. HUGES
DEPARTMENT OF CORRECTION FOR THE STATE OF DELAWARE
M.D. DOCTOR BURNS-DONNA ROBHIER, AND ASSOCIATE
ORTHOPEDIC SURGERY M.D. MR. HARRY FREEMAN 808 MIDDLE
ROAD SEAFORD DELAWARE 19973.
ATTORNEY GENERAL OF THE STATE OF DELAWARE MR. CARL DANBURGER,
DEPARTMENT OF JUSTICE 820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801.

PETITION FOR BILL OF PARTICULAR OF LEGAL
DOCUMENT IN CIVIL ACTION CASE

18 USCA § 1658 (B).    EXHIBIT , 1,2, A,B,

NOW COMES THE PLAINTIFF, IN THE SUBJECT MATTER CASE, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON, DELAWARE BEFORE THE CHIEF HONORABLE JUDGE SUE L. ROBINSON, AND CLERK OF U.S.D.C. MR. PETER T. DALLEO

1. A)    PLEASE BE ADVISED, THE PLAINTIFF MR. JEFFREY ALONZO SIMMS, COMES BEFORE THE COURT, WITH THE BILL OF PARTICULAR SO THAT THE RECORDS WILL CO-EXIST AND REFLECT ITS SELF IN THE CIVIL ACTION CASE (04-1205-SLR)
WITH-IN THE CRIMINAL JUSTIC SYSTEM THE PLAINTIFF BEING HELD THREW THE ARTIFICE, OBSTRUCTING JUSTICE BY MEANS OF BAD-FAITH,
ALSO IN THE ABOVE CAPTION CASE, MEDICAL-EMERGENCY EXCEPTION THE DELAWARE STATE POLICE WITH-HELD TREATMENT AND FALSIFYING A RECORD
18 USCA §§ 1506,. 2071, 2073; m.

THE DEFENDANT ATTRIBUTTED, IN THE ABOVE CAPTION CASE IN THE DENIAL OF MEDICAL-EMERGENCY TREATMENT AND CO-EXIST TOGETHER, THE TITLE IN THE CRIMINAL CASE (0207014771)
AND RECORDS, AN TRANSCRIPTS / AN TRANSCRIPTS DATED JULY-18-2002
THE PLAINTIFF DIRG DIRECT THE COURT TO RECIEVE THE OFFICIAL RECORDS.
PETITIONER,   MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

2. B) ADDITIONAL ADDRESS AND PAGE (2) OF PETITION ATTACH HERETO,
OF EXHIBIT 2-B,

CIVIL ACTION 04-1205-SLR
DATED JUNE 15-2006

CERTICATE OF SERVICE

I, JEFFREY ALONZO SIMMS# 198625, HAVE SENTN TRUE COPYS THREW THE UNITED STATES POSTAL SERVICE FIRST CLASS TO ALL PARTIES IN THE CIVIL ACTION CASE TO BE CORRECT ON THIS DAY JUNE 15-2006 AND ADDRESS HERETO ;

MR. RALPH K. DURSTEIN
DEPARTMENT OF JUSTICE
820 n.
FRENCH STREET 6TH FLOOR
WILMINGTON, DELAWARE 19801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WILMINGTON DELAWARE
CHIEF HONORABL JUDGE SUE L. ROBINSON
U.S.D.C. CLERK MR. PETER T. DALLEO
LOCK BOX 844 KING STREET
WILMINGTON DELAWARE, 19801-3570.
6600  (302) 573-6170

ATTORNEY GENERAL FOR THE STATE OF DELAWARE
MR. CARL DAN BURGE
DEPARTMENT OF JUSTICE
820 n.
FRENCH STREET
WILMINGTON, DELAWARE 19801

SUPERIOR COURT OF SUSSEX COUNTY

HONORABLE JUDGE RICHARD STOKES P.O. BOX 756
GEORGETOWN, DELAWARE 19947.

SURGERY- ORTHOPIC:
HARRY M. FREEMAN
808 MIDDLEFORD ROAD
SEAFORD DELAWARE 19973

M.D. (DOCTOR MS. DONNA REBERTHER BURNS)
DEPARTMENT OF CORRECTION
FOR THE STATE OF DELAWARE CHIEF OF
MEDICAL STAFF
P.O. BOX 500
GEORGETOWN, DELAWARE 19947.

Sincerely

PETITIONER MR. JEFFERY ALONZO SIMMS 198625 S.B.I.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

I/M Jeffrey Simms
SBI# 198625  UNIT D-N-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
24 JUN 2006 PM 2 L

Office of the Clerk Mr. Peter T. Dalleo
United States District Clerk's District of Wilmington
Chief Honorable Judge Sue L. Robinson
Lock Box 18   844 N. King Street
Wilmington, Delaware
19801-3570.