IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY ALONZO SIMMS, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1205-SLR |
| | : | |
| v. | : | |
| | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| HARRY M. FREEDMAN, M.D., | : | |
| DONNA BURNS, DR., and | : | |
| MAJOR R. L. HUGHES, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT HARRY M. FREEDMAN, M.D.'S
RESPONSE TO PLAINTIFF'S MOTION**

COMES NOW, defendant Harry M. Freedman, M.D. (hereinafter referred to as "Dr. Freedman"), by and through undersigned counsel, hereby responds to plaintiff's Motion docketed on June 26, 2006, and states as follows:

1. This Motion is unintelligible. Accordingly, Dr. Freedman is unable to file a response thereto.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.


/S/Diane M. Andrews
DIANE M. ANDREWS, ESQUIRE #4067
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Dr. Freedman

DATE: June 28, 2006