IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFERY ALONZO SIMMS | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1205-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. HARRY M. FREEMAN, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### MOTION FOR CONTINUANCE

Defendant Roberta F. Burns, MD, respectfully requests an extension to file a Motion for Summary Judgment for the following reason:

1. The current deadline for Summary Judgment Motions is July 10, 2006.

2. The deposition of plaintiff Jeffrey Simms is scheduled for July 19, 2006.

3. Defendant, Roberta F. Burns, M.D, respectfully requests that this Court grant an extension to file her Motion for Summary Judgment for thirty days after the plaintiff's deposition.

**WHEREFORE**, Defendant, Roberta F. Burns, MD, requests that her Motion for a Continuance be granted.

                 **McCULLOUGH & McKENTY, P.A.**

                 /s/ Dana Spring Monzo
                 Dana Spring Monzo
                 1225 N. King Street, Suite 1100
                 P.O. Box 397
                 Wilmington, DE 19899-0397
                 (302) 655-6749
                 Attorneys for Roberta F. Burns, MD

Date: July 7, 2006

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFERY ALONZO SIMMS | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1205-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. HARRY M. FREEMAN, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### **ORDER**

And now this _____ day of _____, 2006 having considered Defendant Roberta F. Burns, MD's Motion for Continuance and any opposition thereto,

**IT IS HEREBY ORDERED** that Defendant, Roberta F. Burns, MD's Motion for Continuance is granted.

_____
J.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFERY ALONZO SIMMS | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1205-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. HARRY M. FREEMAN, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date, copies of the attached ***Defendant Roberta F. Burns, MD's Motion for Continuance*** were served upon the following:

Jeffrey M. Austin, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Ralph K. Durstein, III, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

Jeffery Alonzo Simms
SBI # 198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

                                          **McCULLOUGH & McKENTY, P.A.**

                                          /s/ Dana Spring Monzo
                                          Dana Spring Monzo
                                          1225 N. King Street, Suite 1100
                                          P.O. Box 397
                                          Wilmington, DE 19899-0397
                                          (302) 655-6749
                                          Attorneys for Roberta F. Burns, MD

Dated: July 7, 2006