H:\FILES\DAN\SIMMS.FCM\Re-Notice of Dep of Plaintiff.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFERY ALONZO SIMMS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1205-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. HARRY M. FREEMAN, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### RE-NOTICE OF DEPOSITION

TO:   Jeffrey M. Austin, Esquire
      Elzufon Austin Reardon Tarlov & Mondell, P.A.
      300 Delaware Avenue, Suite 1700
      P.O. Box 1630
      Wilmington, DE 19899-1630

      Ralph K. Durstein, III, Esquire
      Department of Justice
      Carvel State Office Building
      820 N. French St.
      Wilmington, DE 19801

      Jeffrey Alonzo Simms
      SBI # 198625
      Delaware Correctional Center
      Unit V-Building A-Tier
      1181 Paddock Road
      Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of plaintiff Jeffrey Alonzo Simms on Wednesday, July 19, 2006, at 11:30 a.m., at the Delaware Correctional Center, 1181 Paddock Rd., Smyrna, DE 19977.

                                                          **McCULLOUGH & McKENTY, P.A.**

                                                  /s/ Dana Spring Monzo
                                                  Dana Spring Monzo
                                                  Daniel L. McKenty
                                                  1225 N. King Street, Suite 1100
                                                  P.O. Box 397
                                                  Wilmington, DE 19899-0397
                                                  (302) 655-6749
                                                  Attorneys for Defendant Roberta F. Burns, M.D.

Dated: July 17, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFERY ALONZO SIMMS | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1205-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. HARRY M. FREEMAN, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date, **Re-Notice of Deposition** was served upon the following:

Jeffrey M. Austin, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

Ralph K. Durstein, III, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

Jeffery Alonzo Simms
SBI # 198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

                                      **McCULLOUGH & McKENTY, P.A.**

                                      /s/ Dana Spring Monzo
                                      Dana Spring Monzo, Del. Bar #4605
Daniel L. McKenty, Del. Bar #2689
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendant Roberta F. Burns, M.D.

Dated: July 17, 2006