IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON
DELAWARE

CIVIL ACTION CASE 04-1205-SLR

AUGUST 8-2006

MR.JEFFREY ALONZO SIMMS#198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA,DELAWARE 19977.
    PLAINTIFF
      V.
    DEFENDANT
HARRY FREEMAN,MS.REBERTHA DONNA
BURNS,M.D.  DELAWARE STATE POLICE
MAJUOR R.L. HUGES,LT.COL.L.AARO N
CHAFFINCH  1441  N. DUPONT HWY
  DOVER,DEL. 19901

ATTORNEY  GENERAL OF THE STATE OF
DELAWARE:MR.CARL DAN BERGE

RIGTH TO   COUNSEL
PETITION

-----------------------------------------

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT  OF WILMINGTON
DELAWARE BEFORE THE CHIEF HONORABLE JUDGE SUE L. ROBINSON

ON AUGUST 8-2006 :THE PLAINTIFF
COMES BEFORE THE HONORABLE COURT,AND TO THE SERVANT OF THE COURT
MR. PETER T. DALLEO,OF THE UNITED STATES DISTRICT COURT FOR THE
STATE OF WILMINGTON DELAWARE LOCK BOX 18,844 KING STREET WILMINGTON
DELAWARE 19801-3570;

PLEASE BE ADVISED,THE PLAINTIFF
THE PURPOSE OF THE PETITION, IN THE ABOVE CIVIL ACTION CASE:04-1205-SLR
IS TO MOVE FORWARD SO THAT THE RECORDS CAN REFLECT ITS SELF
BEFORE THE HONORABLE CHIEF JUDGE SUE L. ROBINSON.

MR.JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181    PADDOCK ROAD
SMYRNA,DELAWARE  19977