IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY ALONZO SIMMS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 04-1205-SLR |
| : | JURY TRIAL OF 12 |
| : | DEMANDED |
| HARRY M. FREEDMAN, M.D., : | |
| DONNA BURNS, DR., and : | |
| MAJOR R. L. HUGHES, : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I, DIANE M. ANDREWS, ESQUIRE, hereby certify that DEFENDANT, HARRY M. FREEDMAN, M.D.'s, RESPONSE TO PLAINTIFF'S MOTION (filed 8/4/06) was served via e-filing to the following individual(s):

Jeffrey Alonzo Simms
SBI #198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

Daniel L. McKenty, Esquire
Dana M. Spring, Esquire
McCullough & McKenty, P.A.
1225 N. King St., Suite 1100
P. O. Box 397
Wilmington, DE 19899-0397

Ralph K. Durstein, III, Esquire
Depty Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

/S/Jeffrey M. Austin
JEFFREY M. AUSTIN, ESQUIRE #2158
P.O. Box 1630
Wilmington, DE 19899-1401
(302) 428-3181
Attorney for Defendant,
Harry M. Freedman, M.D.

Dated: August 15, 2006
G:\Docs\CLIENT\1301\16115\MOTIONS\00354555.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY ALONZO SIMMS, : | |
| : | |
| Plaintiff, : | C.A. No. 04-1205-SLR |
| : | |
| v. : | |
| : | TRIAL BY JURY OF |
| : | TWELVE DEMANDED |
| HARRY M. FREEDMAN, M.D., : | |
| DONNA BURNS, DR., and : | |
| MAJOR R. L. HUGHES, : | |
| : | |
| Defendants. : | |

**DEFENDANT HARRY M. FREEDMAN, M.D.'S
RESPONSE TO PLAINTIFF'S PETITION**

COMES NOW, defendant Harry M. Freedman, M.D. (hereinafter referred to as "Dr. Freedman"), by and through undersigned counsel, hereby responds to plaintiff's Petition docketed on August 4, 2006, and states as follows:

1.  This Motion is unintelligible. Accordingly, Dr. Freedman is unable to file a response thereto.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/S/Jeffrey M. Austin
JEFFREY M. AUSTIN, ESQUIRE #2158
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Dr. Freedman

DATE: August 15, 2006

G:\Docs\CLIENT\1301\16115\MOTIONS\00354555.DOC