UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFERY ALONZO SIMMS | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1205-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| M.D. HARRY M. FREEMAN, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

Exhibit Filed Under Seal