# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1205-SLR ) |
| M.D. HARRY M. FEEMAN, DR. DONNA BURNS and MAJOR R.L. HUGHES, | ) ) ) ) |
| Defendants. | ) ) |

### O R D E R

At Wilmington this 10th day of February, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. Defendant Dr. Donna Burns shall file her answer to the complaint no later than **March 8, 2006.**

2. **Discovery** . All discovery in this case shall be initiated so that it will be completed on or before **June 8, 2006.**

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions** . All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **July 10, 2006.**

Answering briefs and affidavits, if any, shall be filed on or before **August 10, 2006**. Reply briefs shall be filed on or before **August 24, 2006**.

                                                             *[signature]*
                                        United States District Judge