IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY ALONZO SIMMS, | : | |
| Plaintiff, | : | C.A. No. 04-1205-SLR |
| v. | : | |
| | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| HARRY M. FREEDMAN, M.D., | : | |
| DONNA BURNS, DR., and | : | |
| MAJOR R. L. HUGHES, | : | |
| Defendants. | : | |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2006, that the claims against Defendant, Harry M. Freedman, M.D., are hereby dismissed with prejudice.

_____
The Honorable Susan L. Robinson

G:\Docs\CLIENT\1301\16115\PLEADING\00356436.DOC