IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
  ( PETITIONER )

V.

(DEFENDANTS)

warden THOMAS CARROLL,
OF: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977;
AND HEALTH CARE MEDICAL
PROVIDER, C.M.S.
ARIZONA, BASE HEADQUARTERS.

MS. DONNA REBURTHER BURNS M.D.
CHIEF DOCTOR OF DELAWARE STATE
    CORRECTIONAL CENTER.

COMPLAINANT:
FILE; NUMBER(         )

AUGUST 17-2006

THE ATTORNEY GENERAL
FOR THE STATE OF DELAWARE:
MR. CARL DAN BERGE
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

FILED
AUG 22 2006
BO scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION FOR SERIOUS MEDICAL NEED PETITIONER MEDICAL CONDITION IS "SERIOUS" IS A CRITICAL IN NEED OF HOSPITALIZATION AND DOCTOR, SUPERVISION

COMPLAINANT - THE PETITIONER COMES BEFORE THE CHIEF HONORABLE JUDGE SUE L. ROBINSON, AND HONORABLE SERVANT MR. PETER T. DALLEO, OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE: LOCK BOX 18, 844 KING STREET, 19801-3570.
WARDEN THOMAS CARROLL IS IN VIOLATION: EIGHTH, FOURTEENTH, AMENDMENTS
     PLEASE BE ADVISED, THE PURPOSE OF THE
PETITION: CRUEL AND UNUSUAL PUNISHMENT IN THE ADVERSE SUBSTANTIVE, INADEQUATE, MEDICAL TREATMENT OF STATE PRISONER, IN THE ABOVE CAPTION CASE, FURTHER-MORE THE PETITIONER MUST RELY ON PRISON AUTHORITIES AT THE PENAL INSTITUTION TO TREAT THE PETITIONER MEDICAL NEEDS HOWEVER AUTHORITIES FAIL TO DO SO, THE PETITIONER IS SUFFERING SEVERE, DAMAGE BOTH KNEECAP, MOSTLY LEFT;
     THE PETITIONER SEEK RELIEF OF EMERGENCY
AND SUFFICIENT CARE EFFECTIVELY.

COMPLAINANT- PETITIONER _____
                MR. JEFFREY ALONZO SIMMS #198625
                DELAWARE CORRECTIONAL CENTER
                1181 PADDOCK ROAD                 (410-754-7760 PHONE)
                SMYRNA, DELAWARE 19977
                                                  1 OF 2 PAGE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

MR.JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA,DELAWARE 19977
    (PETITIONER)

            V.

    (DEFENDANTS)

WARDEN,THOMAS CARROLL,
OF,DELAWARE CORRECTIONAL
CENTER 1181 PADDOCK ROAD
SMYRNA,DELAWARE  19977
AND HEALTH CARE MEDICAL,
PROVIDER,C.M.S.
ARIZONA,BASE HEADQUARTERS.

MS,DONNA REBURTHER BURNS, M.D.
DOCTOR CHIEF OF STAFF OF
THE DEPARTMENT OF CORRECTION
OF THE STATE OF DELAWARE
P.O. BOX 500
GEORGETOWN,DELAWARE
19947.(S.C.I.)

THE ATTORNEY GENERAL FOR THE STATE
OF DELAWARE,MR.CARL DAN BURGE
820 n. FRENCH STREET
WILMINGTON,DELAWARE 19801

FILE NUMBER(_____)

AUGUST 17-2006

PLEASE FILE

PETITION-IN THE UNITED STATES DISTRICT COURT
OF WILMINGTON DELAWARE FOR THE PURPOSE OF
CLAIM FOR RELIEF AND EMERGENCY HOSPITALIZATION FOR DAMAGE BOTH KNEE-

NOW COMES THE PETITIONER,MR.JEFFREY ALONZO SIMMS, IN THE ABOVE CAPTION CASE,BEFORE THE CHIEF JUDGE SUE L. ROBINSON, AND CLERK OF THE U.S.D.C. MR.PETER T. DALLEO,THE  PETITIONER, IS IN A CRITICAL STAGE OF ILLNESS,THE COMPLAINANT SHALL BE PROCESS, IN GOOD FAITH;
           PLEASE BE ADVISED,A EMPLOYEE OF THE
DEPARTMENT OF CORRECTION,MAY NOT IMPEDE OR UNREASONABLY DELAY THE ACCESS OF A CONFINED PERSON TO MEDICAL CARE(SMITH V. HONGISTO,2 PRIS.L.RPTR. 284 (N.E.CAL. 1973);DEAN V.YOUNG,1PRIS.L.RPTR.19(CAL.SUPER.CT.1971)

              THE PETITIONER COMES BEFORE THE
CHIEF HONORABLE JUDGE SUE L. ROBINSON SO THAT THE RECORDS WILL DETERMINED THE  CONSTITUTIONALTY, THE DEFENDANTS IN THE ABOVE CAPTION CASE HAVE COME TO A TORTIOUS IMMORALITY ACTION :
                 MAY IT PLEASE THE COURT ON AUGUST 17-2006
THE PETITIONER DEMAND FOR RELIEF FROM THE CHAIN EVENT OF INJUSTICE!!!!!!
WHILE IN THE DELAWARE STATE DEPARTMENT OF CORRECTION.

          PETITIONER    MR.JEFFREY ALONZO SIMMS #198625
                        DELAWARE CORRECTIONAL CENTER
                        1181 PADDOCK ROAD
                        SMYRNA,DELAWARE 19977          (410-75477-60 PHONE)

                                              1 OF 2 PAGE



FROM MR. JEFFREY A. SIMMS
SBI# 198625    UNIT D-D-3EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
18 AUG 2006 PM 1 T

CHIEF HONORABLE JUDGE SUE L. ROBINSON, U.S.D.C.
CLERK OF U.S.D.C. MR. PETER T. DALLEO
UNITED SATES DISTRICT COURT FOR THE DISTRICT OF WIL. DEL.
LOCK BOX 18
844 KING STREET
WILMINGTON, DELAWARE
19801-3570