OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 1, 2006

TO: Jeffrey Alonzo Simms
SBI # 198625
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE:** Rejection of Documents Titled "Petitioner Complaint, 28 U.S.C. § 620"

Dear Mr. Simms:

The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that it is unclear how you wish these papers to be treated. Please clarify your intentions and return for filing if necessary.

Papers presented for filing must reflect a civil or criminal action number of a pending matter before the Court, or be a new case (to be assigned a case number). The papers you have filed do not contain a civil or criminal action number. Although your papers mention one pending case presently before the Court, Simms v. Freeman et. al., Civ. A. No. 04-1205-SLR, it is unclear as to whether you wish these papers to be filed in your existing case or whether you wish to initiate a new case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/mlg

PETER T. DALLEO
CLERK

IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
(PETITIONER)

V.

(DEFENDANTS)
MS. DONNA REBURTHER BURNS, M.D.
CHIEF DOCTOR, DELAWARE DEPARTMENT OF
CORRECTION P.O. BOX 500 GEORGETOWN,
DELAWARE 19947.
MR. HARRY M. FREEMAN, SURGERY-ORTHOPEDIC
808 MIDDLEFORD ROAD
SEAFORD, DELAWARE 19973;
MAJOR R.L. HUGHES, LT.COL.THOMAS F. MACLEISH
COL.L. ARRON CHAFFINCH,
DELAWARE STATE POLICE 1441 N. DUPONT HWY,
DOVER, DELAWARE 19901:
ATTORNEY GENERAL FOR THE STATE DELAWRE
8020 N. FRENCH STREET WILMINGTON,
DELAWARE 19801.

AUGUST 22, 2006

FILE NUMBER_____

PLEASE FILE; AND
PROCEED IN FORMA PAUPERIS
PETITIONERS RIGHT TO HAVE
FEES AND COST WAIVED;
IN THE UNITED STATES DISTRICT
COURT; BODDIE V. CONNECTICUT,
401 U.S 371, 91 S.CT. 780(1971)
M.L.B V. S.L. 519 U.S. 102,
117 S.CT. 555 (1996).



§620.   PETITIONER COMPLAINT
AND THE DEMAND FOR RELIEF, IN THE UNITED STATES DISTRICT
COURT OF WILMINGTON DELAWARE.

ON AUGUST 22, 2006,
IN THE UNITED STATES DISTRICT COURT OF WILMINGTON, DELAWARE WITH-IN, CIVIL RULE, FEDERAL CODE 620(B)(1) MAY IT PLEASE THE COURT, NOW COMES THE PETITIONER, MR. JEFFREY ALONZO SIMMS IN THE ABOVE CAPTION CASE A EXHIBIT CIVIL PROCEEDING CASE 04-1205 SLR; IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE FEDERAL JUDICIAL SYSTEM 28 U.S.C.A. § 620;

NOW, PRESIDING THE CHIEF HONORABLE JUDGE SUE L. REBINSON, AND BEFORE THE RESPECTABLE SERVANT MR. PETER T. DALLEO, U.S.D.C.

STATEMENT OF CLAIM, THE CLAIMANT,

DEMAND RELIEF, UNDER 28 U.S.C. § 2254, FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY(HONORABLE JUDGE RICHARD F. STOKES, JUDGE'S CHAMBERS, CASE NUMBER, STATE COURT 0207014771, SUPERIOR COURT FOR SUSSEX COUNTY DELAWARE, P.O. BOX 746 GEORGETOWN, DELAWARE 19947.)

(PETITIONER) I, MR. JEFFREY ALONZO SIMMS, HEREBY CERTIFY THAT I, SENT TRUE AND CORRECT COPIES HAVE BEEN SENT, THREW THE UNITED STATES POSTAL SERVICE TO THE DEFENDANTS IN THE PETITIONER COMPLAINT, THAT CO-EXIST IN EXHIBIT A. OF THE CIVIL PROCEEDING.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

---

PETITIONER   COMPLAINT,
WITH-IN, THE UNITED STATES DISTRICT COURT FOR WILMINGTON., DELAWARE INADDITION;

TO : THE CHIEF HONORABLE JUDGE SUE L. ROBINSON AND CLERK OF THE COURT THE RESPECTABLE SERVANT MR. PETER T. DALLEO,

UNDER 28, U.S.C. s2254, THE PETITIONER DEMAND RELIEF THE PETITIONER WERE SENTENCE TO A TERM OF 8YEARS BURGERLARY ASSUALT AND CHILD ENDANGERMENT(PRESIDING JUDGE THE HONORABLE RICHARD F. STOKES,

IN THE SUPERIOR COURT FOR SUSSEX COUNTY DELAWARE, THE PETITIONER REQUEST RECORDS ORDER BY THE CHIEF HONORABLE JUDGE SUE LR. ROBINSON   302-573-6170 LOCK BOX 18,844 KING STREET
WILMINGTON, DELARE 19801-3570

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTUONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

MR.JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA,DELAWARE 19977
(PETITIONER)

V.

(DEFENDANTS)
MS.DONNA REBURTHER BURNS,M.D.
CHIEF DOCTOR,DELAWARE DEPARTMENT OF
CORRECTION P.O. BOX 500 GEORGETOWN,
DELAWARE 19947.
MR.HARRY M. FREEMAN,SURGERY-ORTHOPEDIC
808 MIDDLEFORD ROAD
SEAFORD,DELAWARE 19973;
MAJOR R.L. HUGHES,LT.COL.THOMAS F.MACLEISH
COL.L. ARRON CHAFFINCH,
DELAWARE STATE POLICE 1441 N. DUPONT HWY,
DOVER,DELAWARE 19901:
ATTORNEY GENERAL FOR THE STATE DELAWRE
8020 N. FRENCH STREET WILMINGTON,
DELAWARE 19801.

AUGUST 22,2006

FILE NUMBER_____

PLEASE FILE;AND
PROCEED IN FORMA PAUPERIS
PETITIONERS RIGHT TO HAVE
FEES AND COST WAIVED;
IN THE UNITED STATES DISTRICT
COURT;BODDIE V.CONNECTICUT,
401 U.S 371,91 S.CT. 780(1971
M.L.B V. S.L. 519 U.S. 102,
117 S.CT. 555 (1996).



§620.  PETITIONER COMPLAINT
AND THE DEMAND FOR RELIEF,IN THE UNITED STATES DISTRICT
COURT OF WILMINGTON DELAWARE.

ON AUGUST 22,2006,
IN THE UNITED STATES DISTRICT COURT OF WILMINGTON,DELAWARE WITH-IN,CIVIL RULE,
FEDERAL CODE 620(B)(1)MAY IT PLEASE THE COURT,NOW COMES THE PETITIONER,
MR.JEFFREY ALONZO SIMMS IN THE ABOVE CAPTION CASE A EXHIBIT CIVIL PROCEEDING
CASE 04-1205 SLR;IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE
FEDERAL JUDICIAL SYSTEM 28 U.S.C.A. § 620;

NOW, PRESIDING THE CHIEF HONORABLE JUDGE SUE L.
REBINSON,AND BEFORE THE RESPECTABLE SERVANT MR.PETER T. DALLEO,U.S.D.C.

STATEMENT OF CLAIM,THE CLAIMANT,
DEMAND RELIEF,UNDER 28 U.S.C. § 2254,FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY(HONORABLE JUDGE RICHARD F. STOKES,JUDGE'S CHAMBERS,CASE NUMBER,
STATE COURT 0207014771,SUPERIOR COURT FOR SUSSEX COUNTY DELAWARE P.O. BOX 746
GEORGETOWN,DELAWARE 19947.)

(PETITIONER) I,MR.JEFFREY ALONZO SIMMS,HEREBY CERTIFY THAT I, SENT TRUE
AND CORRECT COPIES HAVE BEEN SENT,THREW THE UNITED STATES POSTAL SERVICE
TO THE DEFENDANTS IN THE PETITIONER COMPLAINT,THAT CO-EXIST IN EXHIBIT A.
OF THE CIVIL PROCEEDING.

IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

---

MR.JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA,DELAWARE 19977
    (PETITIONER)

V.

    (DEFENDANTS)
MS.DONNA REBURTHER BURNS,M.D.
CHIEF DOCTOR,DELAWARE DEPARTMENT OF
CORRECTION P.O. BOX 500 GEORGETOWN,
DELAWARE 19947.
MR.HARRY M. FREEMAN,SURGERY-ORTHOPEDIC
808 MIDDLEFORD ROAD
SEAFORD,DELAWARE 19973;
MAJOR R.L. HUGHES,LT.COL.THOMAS F.MACLEISH
COL.L. ARRON CHAFFINCH,
DELAWARE STATE POLICE 1441 N. DUPONT HWY,
DOVER,DELAWARE 19901:
ATTORNEY GENERAL FOR THE STATE DELAWRE
8020 N. FRENCH STREET WILMINGTON,
DELAWARE 19801.

AUGUST 22,2006

FILE NUMBER_____

PLEASE FILE;AND
PROCEED IN FORMA PAUPERIS
PETITIONERS RIGHT TO HAVE
FEES AND COST WAIVED;
IN THE UNITED STATES DISTRICT
COURT;BODDIE V.CONNECTICUT,
401 U.S 371,91 S.CT. 780(1971
M.L.B V. S.L. 519 U.S. 102,
117 S.CT. 555 (1996).

§620.    PETITIONER COMPLAINT
AND THE DEMAND FOR RELIEF,IN THE UNITED STATES DISTRICT
COURT OF WILMINGTON DELAWARE.

---

ON AUGUST 22,2006,
IN THE UNITED STATES DISTRICT COURT OF WILMINGTON,DELAWARE WITH-IN,CIVIL RULE,
FEDERAL CODE 620(B)(1)MAY IT PLEASE THE COURT,NOW COMES THE PETITIONER,
MR.JEFFREY ALONZO SIMMS IN THE ABOVE CAPTION CASE A EXHIBIT CIVIL PROCEEDING
CASE 04-1205 SLR;IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE
FEDERAL JUDICIAL SYSTEM 28 U.S.C.A. § 620;

NOW, PRESIDING THE CHIEF HONORABLE JUDGE SUE L.
REBINSON,AND BEFORE THE RESPECTABLE SERVANT MR.PETER T. DALLEO,U.S.D.C.

STATEMENT OF CLAIM,THE CLAIMANT,

DEMAND RELIEF,UNDER 28 U.S.C. § 2254,FOR WRIT OF HABEAS CORPUS BY A PERSON IN

STATE CUSTODY(HONORABLE JUDGE RICHARD F. STOKES,JUDGE'S CHAMBERS,CASE NUMBER,

STATE COURT 0207014771,SUPERIOR COURT FOR SUSSEX COUNTY DELAWARE:P.O. BOX 746

GEORGETOWN,DELAWARE 19947.)

(PETITIONER) I,MR. JEFFREY ALONZO SIMMS,HEREBY CERTIFY THAT I, SENT TRUE

AND CORRECT COPIES HAVE BEEN SENT,THREW THE UNITED STATES POSTAL SERVICE

TO THE DEFENDANTS IN THE PETITIONER COMPLAINT,THAT CO-EXIST IN EXHIBIT A.
OF THE CIVIL PROCEEDING.

IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE

---

| | |
|---|---|
| MR.JEFFREY ALONZO SIMMS #198625<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA,DELAWARE 19977<br>(PETITIONER)<br><br>V.<br><br>(DEFENDANTS)<br>MS.DONNA REBURTHER BURNS,M.D.<br>CHIEF DOCTOR,DELAWARE DEPARTMENT OF<br>CORRECTION P.O. BOX 500 GEORGETOWN,<br>DELAWARE 19947.<br>MR.HARRY M. FREEMAN,SURGERY-ORTHOPEDIC<br>808 MIDDLEFORD ROAD<br>SEAFORD,DELAWARE 19973;<br>MAJOR R.L. HUGHES,LT.COL.THOMAS F.MACLEISH<br>COL.L. ARRON CHAFFINCH,<br>DELAWARE STATE POLICE 1441 N. DUPONT HWY,<br>DOVER,DELAWARE 19901:<br>ATTORNEY GENERAL FOR THE STATE DELAWRE<br>8020 N. FRENCH STREET WILMINGTON,<br>DELAWARE 19801. | AUGUST 22,2006<br><br>FILE NUMBER_____<br><br>PLEASE FILE;AND<br>PROCEED IN FORMA PAUPERIS<br>PETITIONERS RIGHT TO HAVE<br>FEES AND COST WAIVED;<br>IN THE UNITED STATES DISTRICT<br>COURT;BODDIE V.CONNECTICUT,<br>401 U.S 371,91 S.CT. 780(1971<br>M.L.B V. S.L. 519 U.S. 102,<br>117 S.CT. 555 (1996). |

§620.   PETITIONER COMPLAINT
AND THE DEMAND FOR RELIEF,IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE.

---

ON AUGUST 22,2006,
IN THE UNITED STATES DISTRICT COURT OF WILMINGTON,DELAWARE WITH-IN,CIVIL RULE, FEDERAL CODE 620(B)(1)MAY IT PLEASE THE COURT,NOW COMES THE PETITIONER, MR.JEFFREY ALONZO SIMMS IN THE ABOVE CAPTION CASE A EXHIBIT CIVIL PROCEEDING CASE 04-1205 SLR;IN THE UNITED STATES DISTRICT COURT OF WILMINGTON DELAWARE FEDERAL JUDICIAL SYSTEM 28 U.S.C.A. § 620;

NOW, PRESIDING THE CHIEF HONORABLE JUDGE SUE L. REBINSON,AND BEFORE THE RESPECTABLE SERVANT MR.PETER T. DALLEO,U.S.D.C.

STATEMENT OF CLAIM,THE CLAIMANT,

DEMAND RELIEF,UNDER 28 U.S.C. § 2254,FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY(HONORABLE JUDGE RICHARD F. STOKES,JUDGE'S CHAMBERS,CASE NUMBER, STATE COURT 0207014771,SUPERIOR COURT FOR SUSSEX COUNTY DELAWARE:P.O. BOX 746 GEORGETOWN,DELAWARE 19947.)

(PETITIONER) I,MR. JEFFREY ALONZO SIMMS,HEREBY CERTIFY THAT I, SENT TRUE AND CORRECT COPIES HAVE BEEN SENT,THREW THE UNITED STATES POSTAL SERVICE TO THE DEFENDANTS IN THE PETITIONER COMPLAINT,THAT CO-EXIST IN EXHIBIT A. OF THE CIVIL PROCEEDING.

FROM: Jeffrey Simms
SBI# 198625  UNIT: D-D-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of the Clerk
Honorable Judge Sue L. Robinson
United States District Court of Wilmington
Lock Box 18
844 King Street
Wilmington, Delaware
19801-35??