IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JEFFERY ALONZO SIMMS,            )
                                 )
       Plaintiff,                )
                                 )
v.                               ) Civ. No. 04-1205-SLR
                                 )
HARRY M. FREEMAN, M.D.,           )
ROBERTA F. BURNS, M.D., AND       )
MAJOR R.L. HUGHES,                )
                                 )
       Defendants.               )

ORDER

At Wilmington this 23d day of October, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant Harry M. Freeman's motions for summary judgment are granted (D.I. 67, 101), defendant Roberta F. Burns' motion for summary judgment is granted (D.I. 98), and the claims against Major R.L. Hughes are dismissed. The clerk shall enter judgment in favor of defendants Freeman and Burns.

                                               /s/ Sue L. Robinson
                                       United States District Judge