04-1205-SLR
NOVEMBER 9-2006

In the United States District Court for the
District Court for the District of Wilmington,
Delaware Lock Box 18
844 King Street
Wilmington, Delaware 19801-3570

PETITION TO COURT TO OVERTURN
SUMMARY OF JUDGMENT OF
CIVIL SUIT:


FILED NOV 14 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

TO: THE HONORABLE JUDGE SUE L. ROBINSON,
MR. PETER T. DALLEO CLERK of U.S.D.C°.

The petitioner MR. Jeffrey alonzo Simms, Have Supportive cases in the above matter; The Supreme Court Have Suggested that when a single judge, rather than a legislature, declares a particular Sanction civil or criminal, a lesser degree of deference is required. Bagwell, 512 U.S. at 831-832; SEE U.S. V. Winter, 70 F.3d 655, 660 (1ST CIR 1995)(Sanction neither clearly civil nor criminal; therefore, Sanction vacated and case Remanded For Clarification of nature of Sanction By District court) Gregory V. Depts 896 F.2d 31, 35 (3d CIR 1990) Also SEE BUFFINGTON V. BALTIMORE COUNTY, 913 F.2d 113, 133 (4th CIR 1990)

1 of 2 petitioner MR. Jeffrey alonzo Simms #192625   Unit 17
Delaware Correctional Center 1181 Paddock Rd Smyrna, Del. 19977

MR. JEFFREY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

04-1205-SLR

( ███ ███ )

*Petition To overturn Summary Judgment in civil Suite*

NOVEMBER 9·2006

HONORABLE CHIEF JUDGE SUE L. ROBINSON,
CLERK OF U.S.D.C. MR. PETER T. DALLEO,
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WILMINGTON,
DELAWARE LOCK BOX 18
844 KING STREET     (04-1205-SLR)
WILMINGTON, DELAWARE 19801-3570

HONORABLE JUDGE RICHARD F. STOKES,
IN THE SUPERIOR COURT OF SUSSEX
COUNTY DELAWARE     (0207014771)
JUDGES CHAMBERS
P.O. BOX 746
GEORGETOWN, DELAWARE 19947

(SUSSEX COUNTY)
PUBLIC DEFENDERS OFFICE
12 E. PINE STREET
GEORGETOWN, DELAWARE 19947

MS. DONNA REBURTHER BURNS, M.D.
CHIEF DOCTOR, DELAWARE DEPARTMENT OF
CORRECTION P.O. BOX500 GEORGETOWN,
DELAWARE 19947
MR. HARRY M. FREEMAN, SURGERY-ORTHOPEDIC
808 MIDDLE ROAD
SEAFORD, DELAWARE 19973
MAJOR R.L. HUGES, LT.COL. THOMAS F. MACLEISH
COL.L. ARRON CHAFFINCH
DELAWARE STATE POLICE 1441 N. DUPONT HWY,
DOVER, DELAWARE 19901;
ATTORNEY GENERAL FOR THE STATE OF DELAWARE
820 N. FRENCH STREET WILMINGTON,
DELAWARE 19801 (MR. RALPH K. DURSTEIN 111)
(CARL DAN BURGE)

MR. *Kendall Simms*
43 DELAWARE AVE. #104
HURLOCK, MARYLAND 21643

MS. *Marie Simms*
103 ROUTZAHN LANE
FEDERALSBURG, MARYLAND
21632

MS. *Dannora Holden*
311 8TH STREET
LAUREL. DELAWARE
19856.

(302-875-7085)
( ███████ )
(410-754-7060)
(407-880-2604)
(410-228-7727)

(JA'RONDA, KEYUSHA)
( ███████ )
(DANNORA HOLDEN)

1 of 2

To: the Honorable Judge Sue L. Robinson,
please be advised because of the civil suite the correctional center have place me in adverse Substantive consequence, please consider relocation of the petitioner your responds will Be most appreciative

petitioner, Jeffrey A Simms #198625
Delaware correction center unit 17
1181 Paddock Rd Smyrna, Delaware 19977

Nov. 9-2006

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** (circled) DENTAL  MENTAL HEALTH

Name (Print): Jeffrey Simms
Housing Location: SHU-17 D-L-10
Date of Birth: 6-28-64
SBI Number: 198625
Date Submitted: 11-9-2006

Complaint (What type of problem are you having)? fracture Right HAND left and Right Knee painful and swollen Due to continual cold deprivation cell no Heat No midication NEED motriory 200 mg

Inmate Signature: Jeffrey Simms
Date: 11-9-2006

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

I/M Jeffrey Simms
SBI# 198625  UNIT 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
13 NOV 2006 PM 2 T

To The United States District Court for
The District of Wilmington
Honorable Chief Judge Sue L. Robinson;
Clerk of U.S.D.C. MR. Peter T. Dalleo
Lock Box 18  844 King STREET
Wilmington, Delaware
19801-3570