IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY ALONZO SIMMS, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1205-SLR |
| | : | |
| v. | : | |
| | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| HARRY M. FREEDMAN, M.D., | : | |
| DONNA BURNS, DR., and | : | |
| MAJOR R. L. HUGHES, | : | |
| | : | |
| Defendants. | : | |

**Harry M. Freedman, M.D.'s Response to Plaintiff's Petition to Overturn Summary Judgment**

1. Plaintiff fails to state the bases for his petition to reverse the grant of summary judgment in favor of defendant Harry M. Freedman. Accordingly, Dr. Freedman is not in a position to respond to the petition except to state that without any legal basis to support reversal, the decision granting the motion for summary judgment should not be overturned.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

_/s/ Jeffrey M. Austin_
JEFFREY M. AUSTIN (#2158)
300 Delaware Avenue, Ste. 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Harry M. Freedman, M.D.

DATE: 11/15/06