IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY ALONZO SIMMS, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1205-SLR |
| | : | |
| v. | : | |
| | : | TRIAL BY JURY OF |
| | : | TWELVE DEMANDED |
| HARRY M. FREEDMAN, M.D., | : | |
| DONNA BURNS, DR., and | : | |
| MAJOR R. L. HUGHES, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I electronically filed Defendant Harry M. Freeman, M.D.'s Response to Plaintiff's Petition to Overturn Summary Judgment with the Clerk of the Court using CM/ECF which will send notification on such filing(s) to the following:

Ralph K. Durstein, III, Esquire
Depty Attorney General
Carvel State Office Building
820 N. French St., 6th Floor
Wilmington, DE 19801

Daniel L. McKenty, Esquire
Dana M. Spring, Esquire
McCullough & McKenty, P.A.
1225 N. King St., Suite 1100
P. O. Box 397
Wilmington, DE 19899-0397

I hereby certify on November 16, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participant:

Jeffrey Alonzo Simms
SBI #198625
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

**(signature on next page)**

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

_____
JEFFREY M. AUSTIN, ESQ. (I.D. #2158)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181
Attorney for Dr. Freedman

DATE: November 16, 2006
G:\Docs\CLIENT\1301\16115\PLEADING\00369047.DOC