
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
JAN 25 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

*[handwritten: January 16 2007]*

JEFFERY ALONZO SIMMS,

    Plaintiff,

v.

HARRY M. FREEMAN, M.D.,
ROBERTA F. BURNS, M.D., AND
MAJOR R.L. HUGHES,

    Defendants.

) Civ. No. 04-1205-SLR
)
)
)
)
)
)
)
)

*[handwritten annotations: "12 exhibit 12- PETITION for ATTORNEY AND HEARING KNEE AND HAND INJURED OVER TURN SUMMARY Judgment (OVERTURN SUMMARY JUDGMENT)"]*

Jeffrey Alonzo Simms, Smyrna, Delaware. Pro se.

Jeffrey M. Austin, Esquire of Elzufon, Austin, Reardon, Tarlov & Mondell, Wilmington, Delaware. Attorney for Defendant Harry M. Freeman, M.D.

Daniel L. McKenty, Esquire of McCullough & McKenty, Wilmington, Delaware. Attorney for Defendant Roberta F. Burns, M.D.

Ralph K. Durstein, III, Esquire of Delaware Department of Justice, Wilmington, Delaware. Attorney for Defendant Major R.L. Hughes

*[handwritten signature: Jeffrey A Simms]*  *[handwritten: Smyrna Del,]*
*[handwritten: Delaware Correctional Center 1181 Paddock Road 19977]*

②

In the United States District Court for the District of Delaware

Civ. No. 04-1205-SLR

MR. Jeffrey Alonzo Simms
          Plaintiff
   v.
HARRY M. FREEMAN, M.D.
ROBERTA F. BURNS, M.D., And
MAJOR R.L. HUGHES
          Defendants.

PETITION-FOR-ATTORNEY
And OVERTURN SUMMARY JUDGEMENT
Attorney General
Mr. Beau Biden
820. N French Street

Mr. Jeffrey Alonzo Simms, Smyrna, Delaware Pro Se, comes to Court Befor, to

The Honorable Judge Sue L. Robinson To, petition The Court To Investigate The Records And The Advers Substantive Consequence The Delaware Department of Correction Have Place The Pro Se, Plaintiff And The Petition for A, Attorney Requested Because of Hand And Both Knee Ingures,

January 16, 2007

Jeffrye Alonzo Sig

Mr. Jeffrey Alonzo Simms   198625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Del 19977

January 16-2007

COPIES SENT TO:

Attorney General for State of Delaware
MR. Beva Bidden Biden
820. N. FRENCH Street Wilmington
Delaware 19901

Carl Dan Burge

Warden M. Carroll Thomas
Delaware Correctional Center
Commissioner of Correction

MR. Stan Taylor

First Medical

Gov. Ruth ann minner
at State of Delaware

Court papers U.S.A.E - Wilmington Delaware

(3)

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

JEFFREY SIMMS         S-H-U-A-LOWER-10
Name (Print)          Housing Location

6-28-64    198625     1-16-2007
Date of Birth   SBI Number   Date Submitted

Complaint (What type of problem are you having)? FRACTURE Right hand difficult to use and Badly injured left and right, Knees waiting for Specialist for illness

_Jeffry Simms_         1-16-2007
Inmate Signature       Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

_____        _____
Provider Signature & Title    Date & Time

3/1/99 DE01
FORM#:
MED
263

petition to: Honorable Judge Such Robinson
Honorable me Peter T Dalleo clerk U.S.D.C

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/01/2006

*exhibit D*

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SIMMS, JEFFREY A | **SBI#** : 00198625 | **Institution** : DCC |
| **Grievance #** : 84524 | **Grievance Date** : 11/14/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/09/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 17, Lower, Tier D, Cell 10, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Pain with left and right knee and right hand need Motrin 800 mg. per Dr. Burns examining doctor. No response from medical using sick call slip as of 11/9/06.

**Remedy Requested** : Need Motrin 800 mg.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 12/01/2006 |
| **Investigation Sent** : 12/01/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount** : | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/01/2006

Exhibit D

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SIMMS, JEFFREY A | **SBI#** : 00198625 | **Institution** : DCC |
| **Grievance #** : 84524 | **Grievance Date** : 11/14/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status:** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/09/2006 | **Incident Time:** |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg 17, Lower, Tier D, Cell 10, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah           **Date of Report** 12/01/2006

**Investigation Report:**

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

IM: JEFFREY Alonzo Simms
SBI# 198625   UNIT Building 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Chief Judge Sue L. Robinson, U.S.D.C.
United States District Court of Wilmington
Lock Box 18
844 King Street
Wilmington Delaware
19801-3570