IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY ALONZO SIMMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARRY M. FREEMAN, M.D.,<br>ROBERTA F. BURNS, M.D., AND<br>MAJOR R.L. HUGHES,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 04-1205-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of October 23, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Harry M. Freeman, M.D. and Roberta F. Burns, M.D. and against plaintiff Jeffery Alonzo Simms.

_____
United States District Judge

Dated: August 22, 2007

_____
(By) Deputy Clerk